AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:16-cr-00065 |
| GERARDO GONZALEZ-VALENCIA, | ) Assigned To : Howell, Beryl A. |
| also known as "Lalo," Flaco," "Silver," "Silverio," | ) Assign. Date : 4/19/2016 |
| "Eduardo," and "Laline," | ) Description: INDICTMENT (B) |
|  | ) Case Related to: 14-cr-051 (BAH) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Gerardo Gonzalez-Valencia, aka "Lalo," Flaco," "Silver," "Silverio," "Eduardo," and "Laline,"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Five Kilograms or More of Cocaine, and Five Hundred Grams or More of Methamphetamine for Importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960, 963, and Aiding and Abetting in violation of Title 18, U.S.C. § 2.

Date: 04/19/2016

*Issuing officer's signature*

City and state: Washington, D.C.

Magistrate Judge Deborah A. Robinson
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/21/2016, and the person was arrested on *(date)* 5/14/2020
at *(city and state)* WASHINGTON, DC (EXT URUGUAY)

Date: 5/14/2020

*Arresting officer's signature*

ROLAND UBALDO   DEA/USMS
*Printed name and title*

A TRUE COPY
ANGELA D. CAESAR, Clerk
By: Daniel J. Rudy
Deputy Clerk
4/19/2016