# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO.: 16-CR-065** |
| ) | |
| **GERARDO GONZALEZ-VALENCIA,** ) | |
|    also known as "Lalo," "Flaco," ) | |
|    "Silver," "Silverio," "Eduardo," and ) | |
|    "Laline," ) | |
| ) | |
| **Defendant.** ) | |

## JOINT RESPONSE TO OCTOBER 14, 2020 MINUTE ORDER

The United States and Defendant Gerardo Gonzalez-Valencia, through undersigned counsel, respectfully submit this response to the Court's October 14, 2020 Minute Order ("Minute Order") directing the parties to notify the Court whether they consent to appearing at the next Status Hearing, currently scheduled for October 23, 2020 at 10:00 AM, via videoconference. Defense counsel has conferred with Mr. Gonzalez-Valencia, and both parties consent to appearing at the Status Hearing via videoconference.

Respectfully submitted this 20th day of October, 2020.

| | |
|---|---|
| Brown Rudnick LLP | Arthur G. Wyatt, Chief |
| | Narcotic and Dangerous Drug Section |
| /s/ Stephen Best | |
| Stephen Best | /s/ Kaitlin Sahni |
| | Kaitlin Sahni |
| 601 Thirteenth Street, NW | Brett Reynolds |
| Suite 600 | |
| Washington, DC 20005 | Narcotic and Dangerous Drug Section |
| 202-536-1732 | Criminal Division |
| sbest@brownrudnick.com | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |
| | (202) 598-2493 |
| | kaitlin.sahni@usdoj.gov |