UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> GERARDO GONZALEZ-VALENCIA <br><br> **Defendant.** | CRIMINAL NO. 16-CR-065 (BAH) |

## MOTION TO WITHDRAW AS CO-COUNSEL FOR GERARDO GONZALEZ-VALENCIA

Undersigned counsel, G. Derek Andreson, hereby respectfully moves this Honorable Court, pursuant to Local Criminal Rule 44.5(d) of the Local Rules of the United States District Court for the District of Columbia, for leave to withdraw as an attorney of record for the Defendant, GERARDO GONZALEZ-VALENCIA, in the above-captioned action. In support the undersigned states as follows:

1. Undersigned counsel is ending his employment with Brown Rudnick LLP, which continues to represent the Defendant in the above-captioned action.

2. The Defendant will continue to be represented in this action by Stephen A. Best and Tiffany B. Lietz of Brown Rudnick LLP and by Lilly Ann Sanchez of The L•S Law Firm.

3. Withdrawal of undersigned counsel will not cause or result in any delay or prejudice given the ongoing representation of the Defendant.

WHEREFORE, undersigned counsel moves this Honorable Court for leave to withdraw as attorney of record for the Defendant.

Dated: May 19, 2021

Respectfully Submitted,

By:   */s/ G. Derek Andreson*
      G. Derek Andreson

DC Bar No. 489994
Brown Rudnick LLP
601 13th Street, NW, Suite 600
Washington, DC 20005
Tel. (202) 536-1732
Email: dandreson@brownrudnick.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to counsel for the Government on record this 19th day of May 2021.

> */s/ G. Derek Andreson*
> G. Derek Andreson
> DC Bar No. 489994
> Brown Rudnick LLP
> 601 13th Street, NW, Suite 600
> Washington, DC 20005
> Tel. (202) 536-1732
> Email: dandreson@brownrudnick.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**GERARDO GONZALEZ-VALENCIA**<br><br>**Defendant.** | **CRIMINAL NO. 16-CR-065 (BAH)** |

## ORDER

Upon consideration of the *Motion to Withdraw as Co-Counsel for Gerardo Gonzalez-Valencia*, filed by G. Derek Andreson it is hereby **ORDERED** that the Motion **IS GRANTED**; it is further **ORDERED** that G. Derek Andreson is permitted to withdraw as counsel in this case and that the Defendant, GERARDO GONZALEZ-VALENCIA shall continue to be represented by Stephen A. Best and Tiffany B. Lietz of Brown Rudnick LLP and by Lilly Ann Sanchez of The L•S Law Firm.

**SO ORDERED** this \_\_\_\_ day of _____, 2021.

_____
The Honorable Beryl A. Howell
United States District Court Judge for the
District of Columbia