UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARDO GONZALEZ-VALENCIA,<br><br>Defendant. | CRIMINAL NO. 16-CR-065 (BAH) |

**REPLY IN FURTHER SUPPORT OF DEFENDANT GERARDO GONZALEZ-VALENCIA'S MOTION TO EXCLUDE EVIDENCE AND MENTION OF THE 2009 SHARK INCIDENT**

Defendant Gerardo Gonzalez-Valencia respectfully submits this Reply in further support of his Motion to Exclude Evidence and Mention of the 2009 Shark Incident (Doc. 33) ("Motion or "Mot.").

I.   ARGUMENT

In its Opposition, the Government fails to address the inadequacy of its purported evidence related to the 2009 seizure by *Mexican authorities* of cocaine concealed in shark carcasses. In fact, the Government relied on this 2009 seizure to support extradition, and presumably the prior grand jury proceeding, against Mr. Gonzalez-Valencia. Now, the Government claims that it can somehow lay foundation concerning the evidence and Mr. Gonzalez-Valencia's alleged participation through a cooperating witnesses at trial. This proposed course of conduct follows the Government's pattern of "indict now, find witnesses later." Of course, this does not relieve the Government's burden to meet its evidentiary burden at the time of the indictment. *See* Doc. 36-8; *see also United States v. Cusimano*, 148 F.3d 824, 829 (7th Cir. 1998) ("A constructive amendment to an indictment" constitutes reversible error and occurs when "the government (usually during its presentation of evidence and/or its argument) . . . broadens the possible bases

for conviction beyond those presented by the grand jury." (quoting *United States v. Floresca*, 38 F.3d 706, 710 (4th Cir. 1994)).

Critically, the Government's Opposition failed to acknowledge that those charged in connection with this shipment were ultimately acquitted. With these acquittals in mind, the lack of a lab report to assess whether the seized shark carcasses in fact contained cocaine is all the more problematic. Further, the Government should know that recent reports state that the Mexican government attributed the 2009 shark carcass seizure to the Sinaloa Cartel, not CJNG or Los Cuinis or any other organization to which the Government has alleged that Mr. Gonzalez-Valencia was ever connected. Salvador Garcia Soto, *El Cártel de Sinaloa y el caso Tiburón*, El Universal (Oct. 24, 2020), https://www.eluniversal.com.mx/opinion/salvador-garcia-soto/el-cartel-de-sinaloa-y-el-caso-tiburon (attached herein as Exhibit A); *En tiburones congelados: así fue como el "Chapo" Guzmán armó una red de tráfico de drogas*, Infobae (Oct. 24, 2020) https://www.infobae.com/america/mexico/2020/10/24/en-tiburones-congelados-asi-fue-como-el-chapo-guzman-armo-una-red-de-trafico-de-drogas/ (attached herein as Exhibit B).

Notwithstanding any purported testimony about Mr. Gonzalez-Valencia's alleged involvement in this incident, the Government never answers how it will specifically verify that the incident involved cocaine. Allowing testimony on this speculative incident is highly prejudicial to Mr. Gonzalez-Valencia and cannot be cured without adequate records. Fed. R. Evid. 403(b). The Government cannot authenticate the underlying evidence here because it has no official records concerning the seizure. Accordingly, the Government is unable to lay adequate foundation to introduce evidence concerning an unverified seizure in another country of shark carcasses containing untested substances.

## II. CONCLUSION

Based on the foregoing reasons, as well as those set forth in Mr. Gonzalez-Valencia's Motion, Mr. Gonzalez-Valencia respectfully requests that this Court exclude evidence and mention of the 2009 Shark Incident.

Dated: October 25, 2021

Respectfully submitted,

*/s/ Stephen A. Best*

**BROWN RUDNICK LLP**

Stephen A. Best (DC Bar No. 428447)
Tiffany B. Lietz (admitted *pro hac vice*)
Brown Rudnick LLP
601 13th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
Email: sbest@brownrudnick.com

-and-

**The L●S LAW FIRM**
Lilly Ann Sanchez (admitted *pro hac vice*)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
Email: lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing document under seal with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by electronic mail.

Date: October 25, 2021

*/s/ Stephen A. Best*
Stephen A. Best
Brown Rudnick LLP
601 13th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
Email: sbest@brownrudnick.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*
