# EXHIBIT A

# The Sinaloa Cartel and the Shark case

## Salvador Garcia Soto

The cartel transferred cocaine in frozen sharks and filled with the drug

OPINION 10/24/2020  02:35  Updated  02:35





**Salvador Garcia Soto**

PROFILE

AMLO wants control and reform for UNAM

Line 12: Lavatory of guilt and orphaned dead

The military takeover of Cofepris

Through the company **Corporativo Pesquero Velázquez** , owned by **Martín Velázquez Cuevas** , the Sinaloa Cartel was transporting cocaine from Costa Rica in frozen sharks that were filled with the drug and transferred from Central America to the Port of Progreso, Yucatán, to later be transported to Jalisco. This operation, for which they slaughtered tens of thousands of sharks, lasted several years, at least since 2009 when a first shipment of **sharks with cocaine** was seized in Progreso, by the Secretary of the Navy, until 2017, the year in which it was arrested. and accused the fishing businessman Velázquez.

This operation, in which drugs were also sent to Houston, Texas, and other parts of the world, was called the **"Shark Case"** and is part of the arrests and blows to the Sinaloan cartel, documented by the Mexican government. The fishing company that worked for the **Sinaloan drug traffickers** reported deposits of 272 million pesos from 2007 to 2019 and withdrawals in that same period of 1,783 million pesos, while in its tax returns the Corporativo Pesquero Velázquez only reported accumulative income of 6.4 million pesos to the **SAT** , from 2014 to 2018. According to **financial investigations**From the federal government, this company received in its accounts transfers of 139.2 million pesos between 2018 and 2019, resources that it triangulated by sending them to the accounts of an individual identified with the **Sinaloa Cartel.**

ADVERTISING

In an official report of the Mexican government, prepared by the **Financial Intelligence Unit of** the Ministry of Finance, details of the blockades of 1,354 bank accounts of 401 people linked to the Sinaloa Cartel, to which amounts of 233 were frozen. million 300 thousand 578 pesos and 77.8 million dollars. There are 77 family members on the list and the rest are businessmen linked to **Joaquín "El Chapo" Guzmán,** Ismael **"El Mayo" Zambada** and Juan José Esparragoza Moreno **"El Azul",** all indicated on the OFAC lists (Office of Control of Foreign Assets of the US) and in the Lists of Blocked Persons of the FIU.

Of a total of 871 targets that were related to the Sinaloa Cartel, 273 were identified by **OFAC** , 165 by the Lists of Blocked Persons, 250 through criminal complaints and 77 relatives of the three Sinaloa drug lords. Del Chapo included 29 family members, among his 10 children (one of them **Edgar Guzmán López** , executed in 2008), his 3 wives, 4 brothers, 11 nephews and a brother-in-law; by *El Mayo*21 family members were reviewed, including his 3 brothers, 1 partner, 7 children, 1 grandson, 2 brothers-in-law, 2 nephews, 2 daughters-in-law and a legal representative of a company, all of them linked to 14 companies that were investigated; While "El Azul" was investigated 13 relatives, 2 spouses, 6 children, 1 daughter-in-law, 1 son-in-law, a wife of his nephew and 1 sister, as well as 23 financial operators and name men who ran 23 companies linked to the boss.

The report reveals that only 3,184 individuals with operations in the financial system were identified for *Chapo Guzmán* and that they had ties to the drug trafficker imprisoned in the United States, while the Cartel as a whole had significant financial operations for 30 million pesos in the **system banking national** , international transfers 11.3 million, 69 million purchase of vehicles, 2 million in jewelry and watches and 88 million pesos in **purchase** of **property**. Joaquín Guzmán mentions in an official document in the possession of this column that "He was considered the most powerful drug trafficker in the world, according to various international accounts," then refers to his arrest in 2016, his extradition to the United States in 2017 and the trial and conviction to life imprisonment.

Financially - the report continues - Joaquín Guzmán Loera is referred in more than 800 operations on behalf of other subjects, due to a customs operation in which the preliminary inquiry number 4058 / DGI / 93 dated March 3, 1998 refers, without requiring more data. On the activity and the reports of *Chapo* before the federal treasury, he says: "No fiscal or corporate information."

In the case of **Ismael Zambada García** , the report says, his name has not appeared in the financial system since 1997, despite the fact that he has two registered checking accounts and no annual tax or informative or third-party returns are located. He is mentioned as "leader of the Sinaloa Cartel, partner of Joaquín Guzmán Loera. In 2104, after the arrest of "El Chapo", he occupied the leadership of the cartel, controlling a large part of the **heroin production** in Mexico to traffic it to the United

States ". They cite six different nicknames and aliases: "Zambada", "El Mayo", **Zambada García Ismael Mario, Loaiza Avendaño Jesús** , **García Hernández Javier** , **Higuera Renteria Ismael** and**López Landeros Jerónimo** , as well as 3 possible dates of birth in 1948, 1951 or 1952, and three places of birth: Costa Rica; El Salado in Sinaloa, and Guadalajara, Jalisco.

ADVERTISING

According to the UIF report, there are 14 companies that have direct links with *El Mayo Zambada* and with his relatives: Autotransporte Jym, Bussines Administration Services, Leche Santa Mónica, Establo Puerto Rico, Estancia Infantil Niño Feliz, Fertilizer Saenz, Inmobiliaria Niebla, Jamaro Constructores, Lácteos Elaborados del Pacífico, Living 2030, Multiservicios Jevis, Nueva Industria de Ganaderos de Culiacán, Petrobarrancos, SA de CV, Production Pesquera Dona Mariela.

Of Juan José Esparragoza, whom the official report mentions as **"the conciliatory narco** " for promoting alliances between the cartels in the country, his birth in Chuicopa, **Badiraguato** , on February 3, 1949 is mentioned and on whether he is alive or dead, The **UIF** report says : "There are rumors of his death since June 2014, when it was said that he had died of a heart attack (information has not been corroborated)." Financially, they identified 3 bank accounts, one in **Seguros Inbursa** , which registered in 2013 and 2014 bank interest for 8,049 pesos, another in BBVA where direct debit payments of 1,010 pesos are observed in 2018 and in 2013 the sale of a property of 2.1 million pesos together with **Maria Antonia Esparragoza Moreno** , acquired by **María del Rosario Arana Esparragoza** and **Nora** Gu **ad** alupe **Arana Esparragoza** . Fiscally, it says, it began operations in October 1983 and has been suspended since December 31, 2009, without annual tax returns.

To the companies that the authorities of the Ministry of Finance relate to Esparragoza Moreno "El azul" and his two families, the Esparragoza Gastelum and the Esparragoza Monzón, there are a total of 23 and there are from the Agrícola y Ganadera Cuemir, Agropecuaria del Volcán, Agropecuaria Sánchez Loza, up to Constructors such as Aquasum, SA de CV, Avicultura Al Detail, Bona Habitat, SA, Concretos

TYG, Construcciones y Edificaciones Linsesa, Indus Development of Tijuana, El Baño de María, Canary Service Stations, Grupo Cinjab, Grupo Impergoza , Grupo Isayas, Gasodiesel and Ancona Services, Alamos Country Gas Station, Villabonita Gas Station and Services, La Villa Gas Station, Materials and Recycled from Los Mochis, Petrobarrancos, Chulavista Services and Northwest Waste Transporter.

Other companies that have been investigated and sanctioned with the freezing of their accounts and assets by the FIU for their links with the Sinaloa Cartel are Agua Mala, owned by agricultural businessman César Bueno Martínez, dedicated to the "planting, cultivation and harvest of grain corn" , which according to the UIF investigations acquired vehicles for 2.1 million pesos, in 2014 two trucks (one 725 thousand pesos and another for 539 thousand pesos) and in 2016 another for 883 thousand pesos. This small agricultural company made bank deposits for 2.3 million pesos between 2003 and 2017, while it withdrew 9.3 million pesos between 2002 and 2018. Comercializadora de Granos Patrón, SA de CV also appears, dedicated to the wholesale trade of grains and seeds, in the that Bueno Martínez and his wife **Angélica Pérez Maldonado are here**. This company was alerted for being part of a group of companies investigated for the September 2008 seizure of dollars in Culiacán, and received between 2013 and 2019 international transfers for 112 million dollars from the **United Arab Emirates** , while it sent 28.1 million dollars mainly To united states.

Finally, the FIU report shows three mining companies linked to the Sinaloan cartel, which according to the authorities were "used as a bridge because there was never a permanence of resources" and were dedicated to dispersing resources in a fractional manner. There is Golden Qu, SA de CV and Silver Qu, dedicated to the **exploitation of mineral deposits** and to the mining of zinc and lead, respectively. Between 2011 and 2013, these companies had cash withdrawals of 20.9 million pesos and never filed federal tax returns, so the origin of their resources is unknown. The shareholders mentioned are **José Armando Quezada Silva** , **Pedro Ángel Quezada Silva** and **José Armando Quezada Rincon** . In addition, Impulsora Aurum, SC de RL appears, which they link with **Ruth Maribel** Figueroa **Delgado** for having triangulated 2.3 million pesos between their own accounts and then withdrawing 6.2 million pesos in cash. This company is linked with transfers to **Víctor Manuel Félix Beltrán,** the operator of the sons of *Chapo Guzmán* , who escaped on January 29 of this year from the South Prison of the CDMX along with two other drug traffickers.

## UNDISCRETE NOTES ...

Despite the wide difference of 17 points that **Mario Delgado** took from **Muñoz Ledo** , according to the **INE** survey , the results of which were released yesterday, Porfirio insisted in his speech that "there was cheating" and called his followers to perform shots of the electoral institute in the Republic. The reality is that with the enormous margin

with which he lost, hardly anyone is going to pay attention to the deputy Muñoz Ledo, who insists on disqualifying the work of the three pollsters (Parametría, by Francisco Abundis, Casarrubias y Asociados and Demotecnia by Rodrigo de las Heras), despite the fact that yesterday the three pollsters, through the INE, handed over to the current leader of **Morena** , **Alfonso Ramírez Cuéllar** , all the documentation of his methodologies, questionnaires, samples and results to be reviewed and audited by the party. "It is irresponsible to disqualify something that is not known or has been reviewed, and that was carried out with all the methodological rigor and is perfectly auditable and verifiable," **Francisco Abundis** told me yesterday in Las Noticias de la Noche del Heraldo TV. While Mario Delgado, in a virtual conference, spoke of the result and although he was visibly affected by the **Covid-19** that has him in quarantine and at times he could be heard breathing with difficulty, he said that he was willing to invite **Porfirio Muñoz Ledo** to "work together for the unity" of his party. In short, there is no longer any more room to artificially lengthen the conflict in Morena, which has been going on for 2 years and whose cost ended up being high not only for the party and for the López Obrador government but for all Mexicans, who we had to pay for. With our taxes, so many complaints and challenges to the Electoral Tribunal of the Federal Judicial Power and even to pay for a national survey with public money because the Morenistas were unable to reach an agreement and internally elect their leaders. With that childishness and that inability to solve their internal problems, the question is how is it that a party governs us that cannot even govern itself? ... Security in Puebla is getting complicated and this is largely due to the failures in the work of the Ministry of Public Security under the command of Raciel López Salazar from Chiapas. The most serious thing is the environment that prevails within the police corporation, since a policy of persecution and harassment at work has been undertaken against at least 12 elements that have demanded the fulfillment of salary improvements and that are now being singled out for giving interviews to the media. , reason for which they were discharged. Two weeks ago, nationwide, the storage of at least 200 patrol cars of the Puebla State Police for which the government pays a monthly rent to the Lumo Financiera company has been evidenced and, however, they are parked unoccupied for the elementary surveillance tasks. The fractions of the National Action (PAN), Democratic Revolution (PRD), Citizen Movement (MC) parties and the deputies José Juan Espinosa (PT) and Héctor Alonso (no party) formally requested -on October 22- in the Puebla Congress a detailed report on the total number of patrols received by the leasing company, the current use of each vehicle, the exact number of unused units and the total amounts of payment, global and unit, to know the reality of this matter which looks very cloudy. Meanwhile, the dismissed police officers have made known to the public opinion the threats of which they are victims by the Ministry of Public Security. The situation is complicated because Puebla is one of the ten states with the highest number of investigation folders for high-impact crimes, According to the most recent reports from the Executive Secretariat of the National Public Security System and, despite this, the agency in charge of security is

more busy intimidating allegedly dissident policemen than doing their job… The dice send Double Ladder. Good week.

# El Cártel de Sinaloa y el caso Tiburón

## Salvador García Soto

El cártel trasladó cocaína en tiburones congelados y rellenados con la droga

OPINIÓN 24/10/2020  02:35  Actualizada  02:35

    



**Salvador García Soto**

PERFIL

AMLO quiere control y reforma para la UNAM

Línea 12: lavatorio de culpas y muertos huérfanos

La toma militar de la Cofepris

A través de la empresa **Corporativo Pesquero Velázquez**, propiedad de **Martín Velázquez Cuevas**, el Cártel de Sinaloa estuvo trasladando cocaína desde Costa Rica en tiburones congelados que eran rellenados con la droga y trasladados desde Centroamérica hasta el Puerto de Progreso, Yucatán, para después ser transportados a Jalisco. Esa operación, para la que sacrificaron decenas de miles de escualos, duró varios años, al menos desde 2009 que se decomisó un primer cargamento de **tiburones con cocaína** en Progreso, por parte de la Secretaría de Marina, hasta 2017, año en que fue detenido y acusado el empresario pesquero Velázquez.

A esa operación, en la que también se enviaba droga a Houston, Texas, y a otras partes del mundo, se le denominó **"Caso Tiburón"** y forma parte de las detenciones y golpes al cártel sinaloense, documentadas por el gobierno mexicano. La empresa pesquera que trabajaba para los **narcos sinaloenses** reportó de 2007 a 2019 depósitos por 272 millones de pesos y retiros en ese mismo lapso por 1,783 mdp, mientras que en sus declaraciones fiscales el Corporativo Pesquero Velázquez solo le reporto al **SAT** ingresos acumulables por 6.4 mdp, de 2014 al 2018. Según las **investigaciones financieras** del gobierno federal, esta empresa recibió en sus cuentas transferencias de 139.2 mdp entre 2018 y 2019, recursos que triangulaba enviándolos a cuentas de un sujeto identificado con el **Cártel de Sinaloa.**

ADVERTISING

En un reporte oficial del gobierno de México, elaborado por la **Unidad de Inteligencia Financiera** de la Secretaría de Hacienda, se detalla de los bloqueos de 1,354 cuentas bancarias de 401 personas vinculadas con el Cártel de Sinaloa, a las que se les congelaron montos de 233 millones 300 mil 578 pesos y 77.8 millones de dólares. En la lista se encuentran a 77 familiares y el resto son empresas de prestanombres vinculadas a **Joaquín "El Chapo" Guzmán,** Ismael **"El Mayo" Zambada** y Juan José Esparragoza Moreno **"El Azul",** todos señalados en las listas de OFAC (Oficina de Control de Bienes Extranjeros de EU) y en las Listas de Personas Bloqueadas de la UIF.

De un total de 871 objetivos que fueron relacionados con el Cártel de Sinaloa, 273 fueron identificados por la **OFAC**, 165 por las Listas de Personas Bloqueadas, 250 a través de denuncias penales y 77 familiares de los tres capos sinaloenses. Del Chapo se incluyó a 29 familiares, entre sus 10 hijos (uno de ellos **Edgar Guzmán López**, ejecutado en 2008), sus 3 esposas, 4 hermanos, 11 sobrinos y un cuñado; de *El Mayo* se revisó a 21 familiares, entre sus 3 hermanos, 1 pareja, 7 hijos, 1 nieto, 2 cuñados, 2 sobrinos, 2 nueras y una apoderada legal de una empresa, todos ellos vinculados a 14 empresas que fueron investigadas; mientras que a "El Azul" le investigaron a 13 familiares, 2 cónyuges, 6 hijos, 1 nuera 1 yerno, una esposa de su sobrino y 1 hermana, además de 23 operadores financieros y prestanombres que manejaban 23 empresas vinculadas al capo.

El informe revela que tan solo al *Chapo Guzmán* se le identificaron 3,184 sujetos con operaciones en el sistema financiero y que tenían vínculos con el narcotraficante preso en Estados Unidos, mientras que al Cártel en su conjunto le detectaron operaciones financieras relevantes por 30 millones de pesos en el **sistema bancario nacional**, 11.3 millones en transferencias internacionales, 69 millones en compra de vehículos, 2 millones en joyas y relojes y 88 mdp en **compra** de **inmuebles**. De Joaquín Guzmán se menciona en documento oficial en poder de esta columna que "Fue considerado como el narcotraficante más poderoso del mundo, según varios recuentos internacionales", luego refiere su detención en 2016, su extradición a Estados Unidos en 2017 y el juicio y condena a cadena perpetua.

Financieramente -sigue el informe- Joaquín Guzmán Loera es referido en más de 800 operativas a nombre de otros sujetos, debido a una operación aduanera en la cual se refiere la averiguación previa número 4058/DGI/93 con fecha del 3 de marzo de 1998, sin precisar mayores datos. Sobre la actividad y los reportes del *Chapo* ante el fisco federal señala: "Sin información fiscal ni corporativa".

En el caso de **Ismael Zambada García**, dice el reporte, su nombre no figura en el sistema financiero desde 1997, a pesar de que tiene dos cuentas de cheques registradas y no se localizan declaraciones anuales de impuestos ni informativas o de terceros. Se le menciona como "líder del Cártel de Sinaloa, socio de Joaquín Guzmán Loera. En 2104, tras la detención de "El Chapo", ocupó el liderato del cártel, controlando gran parte de la **producción de heroína** en México para traficarla a Estados Unidos". Citan seis distintos apodos y alias: "Zambada", "El Mayo", **Zambada García Ismael Mario, Loaiza Avendaño Jesús**, **García Hernández Javier**, **Higuera Rentería Ismael** y **López Landeros Jerónimo**, así como 3 posibles fechas de nacimiento en 1948, 1951 o 1952, y tres lugares de nacimiento: Costa Rica; El Salado en Sinaloa, y Guadalajara, Jalisco.

ADVERTISING

Son 14 empresas las que según el reporte de la UIF tienen vínculos directos con *El Mayo Zambada* y con sus familiares: Autotransporte Jym, Bussines Administration Services, Leche Santa Mónica, Establo Puerto Rico, Estancia Infantil Niño Feliz, Fertilizante Saenz, Inmobiliaria Niebla, Jamaro Constructores, Lácteos Elaborados del Pacífico, Living 2030, Multiservicios Jevis, Nueva Industria de Ganaderos de Culiacán, Petrobarrancos, S.A de C.V, Producción Pesquera Dona Mariela.

De Juan José Esparragoza, a quien el informe oficial menciona como **"el narco conciliador**" por promover alianzas entre los cárteles en el país, se menciona su nacimiento en Chuicopa, **Badiraguato**, el 3 de febrero de 1949 y sobre si está vivo o muerto, dice el informe de la **UIF**: "Hay rumores de su muerte desde junio de 2014, cuando se dijo que había fallecido a causa de un infarto (información no ha sido corroborada)". Financieramente le identificaron 3 cuentas bancarias, una en **Seguros Inbursa**, que registró en 2013 y 2014 intereses bancarios por 8,049 pesos, otra en BBVA donde se observan pagos domiciliados por 1,010 pesos en 2018 y en 2013 la venta de una propiedad de 2.1 mdp junto con **María Antonia EsparragozaMoreno**, adquirida por **María del
Rosario Arana Esparragoza** y **Nora** Gu**ad**alupe **Arana Esparragoza**. Fiscalmente dice, inició operaciones en octubre de 1983 y se encuentra

suspendido desde el 31 de diciembre de 2009, sin declaraciones anuales de impuestos.

A las empresas que las autoridades de la Secretaría de Hacienda relacionan con Esparragoza Moreno "El azul" y con sus dos familias, los Esparragoza Gastelum y los Esparragoza Monzón, son en total 23 y hay desde la Agrícola y Ganadera Cuemir, Agropecuaria del Volcán, Agropecuaria Sánchez Loza, hasta Constructoras como Aquasum, S.A de C.V., Avicultura Al Detalle, Bona Habitat, S.A., Concretos TYG, Construcciones y Edificaciones Linsesa, Desarrollo Indus de Tijuana, El Baño de María, Estaciones de Servicios Canarias, Grupo Cinjab, Grupo Impergoza, Grupo Isayas, Gasodiesel y Servicios Ancona, Gasolinera Alamos Country, Gasolineras y Servicios Villabonita, Gasolineras La Villa, Materiales y Reciclados de Los Mochis, Petrobarrancos, Servicios Chulavista y Transportadora de Desperdicios del Noroeste.

Otras empresas que han sido investigadas y sancionadas con el congelamiento de sus cuentas y bienes por la UIF por sus vínculos con el Cártel de Sinaloa son Agua Mala del empresario agrícola César Bueno Martínez, dedicada a la "siembra, cultivo y cosecha de maíz grano", que según las investigaciones de la UIF adquirió vehículos por 2.1 mdp, en 2014 dos camionetas (una 725 mil pesos y otra de 539 mil pesos) y en 2016 otra de 883 mil pesos. Esta pequeña compañía agrícola hizo depósitos bancarios por 2.3 mdp entre 2003 y 2017, mientras que retiró 9.3 millones de pesos entre 2002 al 2018. También aparece Comercializadora de Granos Patrón, S.A. de C.V. dedicada al comercio de granos y semillas al por mayor, en la que están Bueno Martínez y su esposa **Angélica Pérez Maldonado**. Esta empresa fue alertada por formar parte de un grupo de compañías investigadas por el decomiso de dólares de septiembre del 2008 en Culiacán, y recibió entre 2013 y 2019 transferencias internacionales por 112 millones de dólares provenientes de **Emiratos Árabes Unidos**, mientras que envió 28.1 mdd principalmente a Estados Unidos.

Finalmente en el reporte de la UIF aparecen tres compañías mineras vinculadas al cártel sinaloense, que según las autoridades eran "utilizadas como puente debido a que nunca existió permanencia de recursos" y se dedicaban a dispersar recursos de manera fraccionada. Está Golden Qu, S.A. de C.V. y Silver Qu, dedicadas a la **explotación de yacimientos minerales** y a minería de zinc y plomo, respectivamente. Entre 2011 y 2013 esas empresas tuvieron retiros en efectivo por 20.9 mdp y nunca presentó declaraciones fiscales federales, por lo que se desconoce el origen de sus recursos. Los accionistas que se mencionan son **José Armando Quezada Silva**, **Pedro Ángel Quezada Silva** y **José Armando Quezada Rincón**. Además aparece Impulsora Aurum, SC de R.L, a la que vinculan con **Ruth Maribel** Figueroa **Delgado** por haber triangulado 2.3 mdp entre sus propias cuentas para después retirar 6.2 mdp en efectivo. A esta empresa se le vincula con transferencias a **Víctor Manuel Félix Beltrán,** el operador de los hijos del *Chapo*

Guzmán, que se fugó el 29 de enero de este año del Reclusorio Sur de la CDMX junto con otros dos narcotraficantes.

## NOTAS INDISCRETAS…

A pesar de la amplia diferencia de 17 puntos que **Mario Delgado**le sacó a **Muñoz Ledo**, según la encuesta del **INE**, cuyos resultados se dieron a conocer ayer, Porfirio insistía en su discurso de que "hubo trampa" y llamaba a sus seguidores a realizar tomas del instituto electoral en la República. La realidad es que con el enorme margen con el que perdió, difícilmente alguien le va a hacer caso al diputado Muñoz Ledo, quien insiste en descalificar el trabajo de las tres encuestadoras (Parametría, de Francisco Abundis, Casarrubias y Asociados y Demotecnia de Rodrigo de las Heras), a pesar de que ayer mismo las tres encuestadoras, a través del INE, entregaron al actual dirigente de **Morena**, **Alfonso Ramírez Cuéllar**, toda la documentación de sus metodologías, cuestionarios, muestras y resultados para que sean revisados y auditados por el partido. "Es irresponsable descalificar algo que no se conoce ni se ha revisado, y que fue realizado con todo el rigor metodológico y es perfectamente auditable y verificable", me comentó ayer **Francisco Abundis** en Las Noticias de la Noche del Heraldo TV. Mientras que Mario Delgado, en una conferencia virtual, habló del resultado y aunque se le veía visiblemente afectado por el **Covid-19** que lo tiene en cuarentena y por momentos se le escuchaba respirar con dificultad, decía que estaba dispuesto a invitar a **PorfirioMuñoz Ledo** a "trabajar juntos por la unidad" de su partido. En fin, que ya no hay más margen para alargar artificialmente el conflicto en Morena, que lleva ya 2 años y cuyo costo terminó siendo alto no sólo para el partido y para el gobierno de López Obrador sino para todos los mexicanos, que tuvimos que sufragar con nuestros impuestos tantas denuncias e impugnaciones al Tribunal Electoral del Poder Judicial de la Federación y hasta costear con dinero público una encuesta nacional porque los morenistas fueron incapaces de ponerse de acuerdo y de elegir internamente a sus dirigentes. Con ese infantilismo y esa incapacidad de resolver sus problemas internos, la pregunta es ¿cómo es que nos gobierna un partido que ni siquiera puede gobernarse a sí mismo?...La seguridad en Puebla se está complicando y eso se debe en gran medida a las fallas en el trabajo de la Secretaría de Seguridad Pública al mando del chiapaneco Raciel López Salazar. Lo más grave es el ambiente que prevalece al interior de la corporación policiaca pues se ha emprendido una política de persecución y hostigamiento laboral contra al menos 12 elementos que han exigido el cumplimiento de mejoras salariales y que ahora son señalados por brindar entrevistas a medios de comunicación, razón por la que fueron dados de baja. Desde hace dos semanas, a nivel nacional, fue evidenciado el almacenamiento de al menos 200 patrullas de la Policía Estatal de Puebla por las que el gobierno paga una renta mensual a la empresa Lumo Financiera y, sin embargo, se encuentran estacionadas sin ocuparse para las tareas elementales de vigilancia. Las fracciones de los partidos Acción Nacional (PAN), de la Revolución Democrática (PRD), Movimiento Ciudadano (MC) y los diputados José Juan Espinosa (PT) y Héctor Alonso (sin partido) pidieron formalmente -

el 22 de octubre- en el Congreso de Puebla un informe detallado sobre el número total de patrullas recibidas por la empresa arrendadora, el uso actual de cada vehículo, la cifra exacta de unidades sin utilizar y los montos totales de pago, globales y unitarios, para conocer la realidad de este asunto que parece muy turbio. En tanto, los policías despedidos han dado a conocer a la opinión pública las amenazas de las que son víctimas por parte de la Secretaría de Seguridad Pública. La situación se complica porque Puebla forma parte de los diez estados con mayor número de carpetas de investigación por delitos de alto impacto, de acuerdo con los reportes más recientes del Secretariado Ejecutivo del Sistema Nacional de Seguridad Pública y, pese a ello, la dependencia encargada de la seguridad está más ocupada en amedrentar a policías supuestamente disidentes que en hacer su trabajo…Los dados mandan Escalera Doble. Buena Semana.