# EXHIBIT B

MEXICO

# In frozen sharks: this is how "Chapo" Guzmán set up a drug trafficking network

The Sinaloa Cartel has used everything from rudimentary submarines to sharks to transport cocaine

October 24, 2020



Ilustrative image. The Sinaloa Cartel trafficked cocaine with frozen sharks (Photo: File)

In recent days, data circulated profusely that affirmed that the **Sinaloa Cartel**It was one of the main cocaine buyers and traffickers in South America. In its adventures, the criminal organization has sent a large contingent of hit men to transport drugs.

The journalist **Salvador Soto García** of the newspaper *El Universal* , revealed that the cartel trafficked cocaine for several years, at least since 2009, in frozen sharks that were filled with white powder. **The route to follow came from Costa Rica to Puerto de Progreso, Yucatán (Mexico)** .

The operation, for which thousands of sharks died, was related to the **Velázquez Fishing Corporation** , according to *Soto García* in his column. This company worked for the Sinaloa kingpin since 2007. In that year until 2019, the corporate reported deposits for 272 million pesos and withdrawals in that same period for 1,783 million pesos.

However, the company only reported cumulative income to SAT for 6.4 million pesos, from 2014 to 2018. The unusual activities were investigated by the Mexican government in the **Shark case** where a triangulation of resources with the Sinaloa Cartel was glimpsed.



In the photograph the founders of the Sinaloa Cartel: Joaquín Guzmán Loera and Ismael Zambada García (Photo: Special)

According to the journalist, an official report of the Mexican government, prepared by the *Financial Intelligence Unit of* the Ministry of Finance, detailed the **blockades of 1,354 bank accounts** of 401 people linked to the criminal organization, whose amounts were frozen. of 233 million 300 thousand 578 pesos and USD 77.8 million.

On the list, 77 family members were found and the rest are businessmen linked to **Joaquín el "Chapo" Guzmán,** sentenced to life imprisonment in the United States ; **Ismael el "Mayo" Zambada,** current leader of the Sinaloa Cartel , and **Juan José Esparragoza Moreno, alias el Azul ",** who allegedly died of a heart attack. All of them indicated in the lists of the US Office of Foreign Assets Control (OFAC) and in the Lists of Blocked Persons of the FIU.

Currently, the resources available to drug traffickers are multiple, and the stricter the surveillance, for the traffickers it becomes a challenge that triggers their ingenuity and inventiveness to do so by land, sea or air.

Making the same use of various ways of hiding the goods inside or outside the boats, using rudimentary submarines or now even with the unprecedented theft of airplanes for this purpose, are the options that are being explored by the cartels for the transfer of drugs and other illicit substances.

**MORE ON OTHER TOPICS:**

Sinaloa Cartel and CJNG: Mexican Criminal Organizations That Dominate Cocaine Trafficking in Colombia

The dark ties of the Sinaloa Cartel and Jalisco Nueva Generación in Bolivia, the world's third largest producer of cocaine

One year after the "Culiacanazo": impunity and open wounds due to the humiliation of the Sinaloa Cartel to the government of AMLO

**RELATED TOPICS**

**MÉXICO**

# En tiburones congelados: así fue como el "Chapo" Guzmán armó una red de tráfico de drogas

El Cártel de Sinaloa ha empleado desde rudimentarios submarinos hasta tiburones para el traslado de cocaína

24 de Octubre de 2020



Imagen ilustrativa. El Cártel de Sinaloa traficó cocaína con tiburones congelados (Foto: Archivo)

En días pasados circularon profusamente datos que afirmaban que el **Cártel de Sinaloa** era uno de los principales compradores y traficantes de cocaína en América del Sur. En sus andanzas, la organización criminal ha enviado un nutrido contingente de sicarios para el traslado de droga.

El periodista **Salvador Soto García** del diario *El Universal*, reveló que el cártel traficó cocaína durante varios años, al menos desde 2009, en tiburones congelados que eran rellenados con el polvo blanco. **La ruta a seguir venía desde Costa Rica hasta Puerto de Progreso, Yucatán (México)**.

La operación, por la que murieron miles de escualos, estaba relacionada con el **Corporativo Pesquero Velázquez**, según relata *Soto García* en su columna. Dicha empresa trabajó para el capo de Sinaloa desde 2007. En ese año hasta el 2019, el corporativo reportó depósitos por 272 millones de pesos y retiros en ese mismo lapso por 1,783 millones de pesos.

Sin embargo, la compañía, solo le reportó al SAT ingresos acumulables por 6.4 millones de pesos, de 2014 al 2018.

Las actividades inusuales fueron investigadas por el gobierno mexicano en el **caso Tiburón** donde se vislumbró una triangulación de recursos con el Cártel de Sinaloa.



En la fotografía los fundadores del Cártel de Sinaloa: Joaquín Guzmán Loera e Ismael Zambada García (Foto: Especial)

De acuerdo con el periodista, un reporte oficial del gobierno de México, elaborado por la *Unidad de Inteligencia Financiera* de la Secretaría de Hacienda, detalló los **bloqueos de 1,354 cuentas bancarias** de 401 personas vinculadas con la organización criminal, a las que se les congelaron montos de 233 millones 300 mil 578 pesos y USD 77.8 millones.

En la lista se encontraron a 77 familiares y el resto son empresas de prestanombres vinculadas a **Joaquín el "Chapo" Guzmán,** sentenciado a cadena perpetua en Estados Unidos; **Ismael el "Mayo" Zambada,** actual líder del Cártel de Sinaloa, y **Juan José Esparragoza Moreno, alias el Azul",** quien presuntamente falleció de un infarto. Todos ellos señalados en las listas de la Oficina de Control de Bienes Extranjeros de EU (OFAC) y en las Listas de Personas Bloqueadas de la UIF. Actualmente, los recursos con los que cuentan los narcos son múltiples, y cuanta más estricta sea la vigilancia, para los traficantes se convierte en un reto que detona su ingenio e inventiva para hacerlo tanto por tierra, mar o aire.

Haciendo lo mismo uso de variadas formas de esconder las mercancías en el interior o exterior de las embarcaciones, que empleando rudimentarios submarinos o ahora hasta con el inédito robo de aviones para tal fin, son las opciones que están siendo exploradas por los cárteles para el trasiego de drogas y otras sustancias ilícitas.

**MÁS SOBRE OTROS TEMAS:**

[Cartel de Sinaloa y CJNG: las organizaciones criminales mexicanas que dominan el tráfico de cocaína en Colombia](#)

[Los oscuros vínculos del Cártel de Sinaloa y Jalisco Nueva Generación en Bolivia, el tercer productor mundial de cocaína](#)

[A un año del "Culiacanazo": impunidad y heridas abiertas por la humillación del Cártel de Sinaloa al gobierno de AMLO](#)

**TEMAS RELACIONADOS**