UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GERARDO GONZALEZ-VALENCIA,**<br>      Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

**EXHIBIT A TO DEFENDANT GERARDO GONZALEZ-VALENCIA'S MOTION FOR TEMPORARY RELEASE PENDING TRIAL**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: November 10, 2021

        Respectfully submitted,

        */s/ Stephen A. Best*

        **BROWN RUDNICK LLP**

        Stephen A. Best
        DC Bar No. 428447
        Tiffany B. Lietz (admitted *pro hac vice*)
        Brown Rudnick LLP
        601 13th Street, NW, Suite 600
        Washington, DC 20005
        Telephone: (202) 536-1737
        Email: sbest@brownrudnick.com

        -and-

        **The L●S LAW FIRM**
        Lilly Ann Sanchez (admitted *pro hac vice*)
        Four Seasons Tower, Suite 1200
        1441 Brickell Avenue
        Miami, Florida 33131
        Telephone: (305) 503-5503
        Email: lsanchez@thelsfirm.com

        *Counsel for Defendant Gerardo Gonzalez-Valencia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Civil Procedure 5(a).

Date: November 10, 2021

                                         */s/ Stephen A. Best*
                                         Stephen A. Best
                                         DC Bar No. 428447
                                         Brown Rudnick LLP
                                         601 13th Street, NW, Suite 600
                                         Washington, DC 20005
                                         Telephone: (202) 536-1737
                                         Email: sbest@brownrudnick.com

                                         *Counsel for Defendant Gerardo Gonzalez-Valencia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARDO GONZALEZ-VALENCIA,<br><br>Defendant. | CRIMINAL NO. 16-CR-065<br>(BAH) |

## DECLARATION OF JOHN WHYMAN IN SUPPORT OF DEFENDANT GERARDO GONZALEZ-VALENCIA'S MOTION FOR TEMPORARY RELEASE PENDING TRIAL

JOHN WHYMAN declares under penalty of perjury pursuant to 28 U.S.C. § 176 as follows:

1. I am a Practice Group Support Administrator at the law firm Brown Rudnick LLP ("Brown Rudnick"), counsel for Defendant Gerardo Gonzalez-Valencia in the above-captioned matter. I submit this Declaration in support of Mr. Gonzalez-Valencia's Motion for Temporary Release Pending Trial, dated November 8, 2021.

2. On September 24, 2021, I requested a contact[1] visit between Steven Best ("Mr. Best"), Partner at Brown Rudnick and Mr. Gonzalez Valencia at the William G. Truesdale Adult Detention Center (the "Detention Center") where Mr. Gonzalez-Valencia is currently detained. I was informed that a contact visit was not permitted, and that counsel would only be permitted to meet with Mr. Gonzalez-Valencia while separated by a glass partition and using phones to communicate. Nevertheless, a meeting was scheduled for September 27, 2021. On the morning of September 27, 2021, Chief Deputy Shelbert Williams ("Chief Deputy Williams") called Mr. Best and informed him

---

[1] "Contact" visit for the purpose of this declaration refers to visitation without the use of a glass partition separating Mr. Gonzalez-Valencia from undersigned counsel.

that the meeting could no longer be accommodated but agreed to an in-person meeting on October 1, 2021.

3. On October 1, 2021, Mr. Best, and David Rosenthal ("Mr. Rosenthal"), Associate at Brown Rudnick, attended at the Detention Center for the meeting with Mr. Gonzalez-Valencia. Mr. Best and Mr. Rosenthal arrived promptly for the meeting scheduled for 1:00pm. After gaining entry to the Detention Center, Mr. Best and Mr. Rosenthal waited in the waiting area for over one hour before their meeting with Mr. Gonzalez-Valencia began. Mr. Best and Mr. Rosenthal did not leave the Detention Center until after 3:00pm because of the delay incurred. Again, the meeting was not on the Detention Center schedule despite the arrangement being made in advance of the meeting.

4. I contacted Sgt. Andrea Diaz at the Detention Center to inform her of the delay experienced by Mr. Best and Mr. Rosenthal.

5. On October 6, 2021, I told Chief Deputy Williams, Commander of the Detention Center Bureau at the Detention Center about the delays experienced by Mr. Best and Mr. Rosenthal. Chief Deputy Williams apologized for the delay incurred during the arranged visit on October 1, 2021.

6. I then asked Chief Deputy Williams about arranging weekly contact visits between Mr. Gonzalez-Valencia and his counsel beginning with a visit from Mr. Best and Lilly Ann Sanchez ("Ms. Sanchez"), Partner at The L.S. Law Firm, on Saturday, October 9, 2021.

7. Chief Deputy Williams informed me that due to the ongoing COVID-19 restrictions in place at the Detention Center, he could not accommodate weekly contact visits and opined visits using a glass partition to separate counsel and client are "fine.".

8. Chief Deputy Williams stated that if he made an exception for counsel representing Mr. Gonzalez-Valencia, he would be required to make exceptions for all lawyers, including public defenders. He asked that I inform him if there are any special circumstances under which a contact visit between Mr. Gonzalez-Valencia and his counsel should be allowed. I informed Chief Deputy Williams that I thought Ms. Sanchez was vaccinated when he asked.

9. Chief Deputy Williams explained that he may grant contact visits two to three weeks before the beginning of Mr. Gonzalez-Valencia's trial. He told me that for all future contact visits counsel must carry a printout of his email authorizing the visit.

Dated: November 10, 2021

Respectfully submitted,

*John Whyman*
John Whyman

District of Columbia : SS
Subscribed and Sworn to before me
this 10TH day of November, 2021

Notary Public, D.C.
My commission expires Nov 30, 2022