IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                      CRIMINAL NO.:16-CR-065 (BAH)

GERARDO GONZALEZ-VALENCIA,

       Defendant.
_____/

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, David L. Rosenthal, hereby declare under penalty of perjury that the following facts are true, to the best of my knowledge, information, and belief:

1) My full name is: David Leighton Rosenthal

2) I practice under the following firm name or letterhead:

    Name: Brown Rudnick LLP

    Address: 601 Thirteenth Street NW Suite 600 Washington, D.C. 20005

    Telephone Number: 202-536-1744

    Facsimile: 617-289-0444

    Email: drosenthal@brownrudnick.com

3) I have been admitted to practice in the following courts/bars:

| **Court** | **Date of Admission** | **Bar No.** |
|---|---|---|
| California State Bar | 03/11/2017 | 314344 |
| D.C. Bar | 01/29/2021 | 1660535 |
| U.S. Court of Appeals, 10th Cir. | 03/27/2020 | n/a |

1

|  |  |  |
|---|---|---|
| U.S. Court of Appeals, 11th Cir. | 07/22/2021 | n/a |

4) There are no disciplinary complaints previously filed or pending against me for violation of the rules of the courts of California, D.C., or in any jurisdiction.

5) I have not been suspended or disbarred for disciplinary reasons from practice in any court.

6) I have never applied for admission *pro hac vice* in any courts of the District of Colombia within the past two years.

7) The reason I am applying for admission *pro hac vice* is to provide representation to Gerardo Gonzalez-Valencia, a Defendant in this case.

I acknowledge the power and jurisdiction of the Courts of the District of Colombia over my professional conduct, and I agree to be bound by the District of Colombia of Appeals Rules of Professional Conduct in this matter if I am admitted *pro hac vice.*

Dated: November 12, 2021

Respectfully Submitted,

*/s/ David L. Rosenthal*
David L. Rosenthal
DC Bar No. 1660535
CA Bar No. 314344
Email: drosenthal@brownrudnick.com
**Brown Rudnick LLP**
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Telephone: 202-536-1744
Facsimile: 617-289-0444