UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>GERARDO GONZALEZ-VALENCIA,      )<br>)<br>Defendant.                                    )<br>)<br>)<br>) | CRIMINAL NO.: 16-CR-065 (BAH) |

## GOVERNMENT'S RESPONSE TO MINUTE ORDER

The United States, through undersigned counsel, respectfully submits this response to the Court's Minute Order of November 12, 2021. The government is scheduled to complete its review of all classified materials that it is aware of and that may require litigation under CIPA by December 3, 2021.

Respectfully submitted this 16th day of November, 2021.

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:      /s/
Kate Naseef, Trial Attorney
Kaitlin Sahni, Trial Attorney
Kirk Handrich, Trial Attorney
Brett Reynolds, Trial Attorney
United States Department of Justice
Narcotic and Dangerous Drug Section
145 N Street, Northeast
East Wing, Second Floor
Washington, D.C. 20530
(202) 514-0917

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the Defendant, this 16th day of November, 2021.

By:   /s/_____
Kate Naseef
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice