# **EXHIBIT C**

Criminal Court Specialized in Organized Crime 1 T

Bartolome Mitre 1275 Floor 2 – Montevideo

Tel. 1907 Int. 8406

## <u>Reiteration of the File No. 950/2018 dated 20/11/18</u>

## <u>Office</u>

Montevideo, February 22, 2019

United States Embassy

Present.

In case labeled "Gonzalez Valencia, Gerardo and Ortros", IUE 2-37467/2015, releases the following to you in order to notify you that by resolution N 763 dated 11/09/2018, it was arranged to send everything related to the evidence in your possession for the alleged crime for which the extradition of Gerardo Gonzalez Valencia was requested, including the text of the alleged message by which he is linked to the crime of drug trafficking. An arrest warrant is attached.

Likewise, it is requested to notify if they were summoned to provide the corresponding assistance to Mr. Gerardo Gonzalez Valencia (birth certificate of the State of California N R001332615, birth certificate N 1642031), Wendy Dalaithy Amaral Arevalo and Hector Amaral Padilla, prosecuted in this case.

Its completion is urgently needed. This is a reiteration of the file N950/2018

Regards,