UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARDO GONZALEZ-VALENCIA,<br><br>Defendant. | CRIMINAL NO. 16-CR-065 (BAH) |

# DEFENDANT GERARDO GONZALEZ-VALENCIA'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, Gerardo Gonzalez-Valencia, by and through undersigned counsel, respectfully notifies the Court of the following supplemental authorities:

(1) *United States v. Toscanino*, 500 F.2d 267, 275 (2d Cir. 1974) (recognizing "the Supreme Court's expansion of the concept of due process, which now protects the accused against pretrial illegality by denying to the government the fruits of its exploitation of any deliberate and unnecessary lawlessness on its part"), *narrowing recognized by In re Terrorist Bombings of U.S. Embassies in E. Afr.*, 552 F.3d 157, 167 (2d Cir. 2008) (Exhibit A).

(2) Affidavit, *United States v. Apodaca,* 14-cr-00057 (D.D.C. June 28, 2017) (Exhibit B).

(3) United States' Memorandum of Law and Review of Evidence in Support of Extradition, *In the Matter of the Extradition of Juan Peirano Basso*, No. 06-21277-Civ-Bandstra, 2006 WL 3034738 (S.D. Fla. Sept. 11, 2006) (analyzing evidence under the probable cause standard to determine whether extradition was appropriate) (Exhibit C).

A copy of each document is attached.

Dated: November 18, 2021

                                          Respectfully submitted,

                                          */s/ Stephen A. Best*

                                          **BROWN RUDNICK LLP**

Stephen A. Best (DC Bar No. 428447)
Tiffany B. Lietz (admitted *pro hac vice*)
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
sbest@brownrudnick.com

-and-

**The L●S LAW FIRM**

Lilly Ann Sanchez (admitted *pro hac vice*)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Civil Procedure 5(a).

Dated: November 18, 2021

                                                                               */s/ Stephen A. Best*

                                                                               Stephen A. Best (DC Bar No. 428447)
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
Facsimile: (202) 536-1701
sbest@brownrudnick.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*