UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 16-CR-65 |
| | ) |
| GERARDO GONZALEZ-VALENCIA, | ) |
|    also known as "Lalo," "Flaco," "Silver," | ) |
|    "Silverio," "Eduardo," and "Laline," | ) |
| | ) |
| and | ) |
| | ) |
| JOSE GONZALEZ-VALENCIA, | ) |
|    also known as "Jafett Arias-Becerra," | ) |
|    "Chepa," "Camaron," "Santy," | ) |
| | ) |
| Defendants. | ) |

## JOINT SUBMISSION REGARDING PROPOSED SCHEDULE

The United States of America and Defendants Gerardo Gonzalez-Valencia and Jose Gonzalez-Valencia, by and through undersigned counsel, respectfully submit this joint statement in response to the Court's Minute Orders of November 19, 2021 and November 29, 2021 directing the parties to propose a schedule for further proceedings in this consolidated matter. The parties cannot reach an agreement on scheduling.

### Government and Jose Gonzalez-Valencia's Position

The government and Jose Gonzalez-Valencia propose that trial be scheduled to begin between September 5, 2022 and September 12, 2022. Alfred Guillame is counsel of record for Jose Gonzalez-Valencia, and he has represented that he will not be prepared for trial on February 7, 2022, and has proposed the later date, which the government has agreed to. The government and Jose Gonzalez-Valencia agree the court shall issue a scheduling order for pretrial motions,

1

motions in limine, the joint pretrial statement, and a pretrial conference to be set out from the trial date at the same intervals as the scheduling order set out in the Court's Minute Order of May 21, 2021. The government moves the court to exclude the period from February 7, 2022 to the trial date as the defendants have been joined for trial by the Court, 18 U.S.C. § 3161(h)(6), and because the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

## Gerardo Gonzalez-Valencia's Position

Defendant Gerardo Gonzalez-Valencia does not waive his speedy trial right past February 7, 2022 and therefore opposes the proposed continuance of his trial to September 2022. Despite being in the United States for almost one month, Jose Gonzalez-Valencia is still in the process of retaining private counsel. Since the November 19, 2021 hearing, Gerardo Gonzalez-Valencia's counsel have spoken with three separate and unrelated attorneys identified as potentially representing Jose Gonzalez-Valencia, all of whom provided different estimates of when they are prepared to go to trial. Therefore, despite the best efforts of counsel representing Gerardo Gonzalez-Valencia, it is impossible to confirm a schedule with Jose Gonzalez-Valencia's counsel because it is unclear who will represent him at trial.

Additionally, Gerardo Gonzalez-Valencia takes the position that several other individuals related to this case are still awaiting extradition to the United States. The government may have the opportunity to join Jose Gonzalez-Valencia's case with any of these individuals, allowing it to save resources without causing undue delay and prejudice to Gerardo Gonzalez-Valencia—in a case that is set to proceed to trial in only nine weeks. Indeed, Gerardo Gonzalez-Valencia's concern that joinder would result in undue delay of his case is coming to fruition.

Both the government and Gerardo Gonzalez-Valencia are prepared for trial on February 7, 2022, and it is Gerardo Gonzalez-Valencia's position that this date must be preserved. As such, Gerardo Gonzalez-Valencia proposes the following schedule:

| | |
|---|---|
| Defendants' Pretrial Motions: | December 29, 2021 |
| Government's Oppositions to Pretrial Motions: | January 12, 2022 |
| Motions in Limine: | January 17, 2022 |
| Defendants' Replies to Oppositions: | January 19, 2022 |
| Pretrial Motions Hearing: | January 28, 2022 |
| Motions in Limine Oppositions: | January 31, 2022 |
| Joint Pretrial Statement: | January 31, 2022 |
| Final Pretrial Conference (argue Motions in Limine): | February 4, 2022 |
| Trial Begins: | February 7, 2022 |

Respectfully submitted,

\_\_\_\_\_/s/_____
Brown Rudnick LLP
Steven Best
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
202-536-1732
sbest@brownrudnick.com

The LS Law Firm
Lilly Ann Sanchez (admitted *pro hac vice*)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, FL 33131
305-503-5503
lsanchez@thelsfirm.com

Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770
301-377-2158
Ag3law@gmail.com

Counsel for the Defendants

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

\_\_\_\_\_/s/_____
Kaitlin Sahni
Kate Naseef
Kirk Handrich
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
Washington, D.C. 20530
202-514-0917
Kate.naseef@usdoj.gov

Counsel for the Government

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the Defendants, this 6th day of December, 2021.

By:     /s/
    Kaitlin Sahni
    Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice