**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **GERARDO GONZALEZ-VALENCIA,** <br><br> Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

**DEFENDANT GERARDO GONZALEZ-VALENCIA'S**
**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Criminal Rule 47(e) of the Local Rules of the United States District Court for the District of Columbia (the "Local Rules"), the Defendant Gerardo Gonzalez-Valencia ("Mr. Gonzalez-Valencia"), by and through undersigned counsel, respectfully moves this Court for an order granting Mr. Gonzalez-Valencia leave to file his *Motion to Dismiss or, in the Alternative, for In Camera Review, and Incorporated Memorandum of Points and Authorities* (the "Motion to Dismiss") in excess of the forty-five (45) page limitation set forth in Criminal Rule 47(e) of the Local Rules, but not to exceed fifty (50) pages.

Local Criminal Rule 47(e) of the Local Rules provides: "A memorandum of points and authorities in support of or in opposition to a motion shall not exceed 45 pages and a reply memorandum shall not exceed 25 pages, without prior approval of the Court." L. Cr. R. 47(e). Mr. Gonzalez-Valencia hereby seeks approval to file a brief that exceeds this limitation by no more than five (5) pages. The issues addressed in the Motion to Dismiss raise significant legal questions. Additionally, in order to conserve judicial resources and expedite these proceedings, the Motion to Dismiss includes a request for alternative relief for *in camera* review of the grand jury record, instead of requesting such alternative relief by separate motion. While Mr. Gonzalez-Valencia's

counsel have used their best efforts to minimize the length of the Motion to Dismiss, Mr. Gonzalez-Valencia requires additional pages in order to fully and completely set forth his arguments.

Counsel for Mr. Gonzalez-Valencia have consulted with counsel for the Government, who state that they consent to this requested relief.

Dated: April 6, 2022

                                        Respectfully submitted,

                                        */s/ Stephen A. Best*

                                        **BROWN RUDNICK LLP**

                                        Stephen A. Best (DC Bar No. 428447)
                                        Tiffany B. Lietz (admitted *pro hac vice*)
                                        Brown Rudnick LLP
                                        601 13th Street, NW, Suite 600
                                        Washington, DC 20005
                                        Telephone: (202) 536-1737
                                        Email: sbest@brownrudnick.com

                                        **The L●S LAW FIRM**
                                        Lilly Ann Sanchez (admitted *pro hac vice*)
                                        Four Seasons Tower, Suite 1200
                                        1441 Brickell Avenue
                                        Miami, Florida 33131
                                        Telephone: (305) 503-5503
                                        Email: lsanchez@thelsfirm.com

                                        *Counsel for Defendant Gerardo Gonzalez-Valencia*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Criminal Procedure 49(a)(3)(A).

Date: April 6, 2022

                                                   /s/ Stephen A. Best
                                                 Stephen A. Best
                                                 601 Thirteenth Street, NW
                                                 Suite 600
                                                 Washington, DC 20005
                                                 Telephone: (202) 536-1737
                                                 sbest@brownrudnick.com

                                               *Counsel for Defendant Gerardo Gonzalez-Valencia*