# EXHIBIT C

2879



REPÚBLICA
ORIENTAL DEL
URUGUAY
PODER JUDICIAL

Juzgado Letrado Penal Especializado
en Crimen Org. 1º T
Bartolomé Mitre 1275 2º Piso - Montevideo
Tel. 1907 Int. 8406 - 8402 y 8404

## OFICIO

Montevideo, 28 de Julio de 2020

Oficio Nº 334/2020

DIRECCIÓN GENERAL DE REPRESIÓN AL TRÁFICO ILÍCITO DE DROGAS

DEPTO. DE REGISTROS, ANTECEDENTES Y ESTADÍSTICAS

Presente

En autos caratulados "GONZÁLEZ VALENCIA, Gerardo y otros-UN DELITO DE LAVADO DE ACTIVOS", IUE 2-37467/2015, se libra a Ud. el presente, conforme a lo solicitado por oficio Nº 1506/K/2020/NVHC (ref.: solicitud de información de migración exp. Nº 2019-4-2-0019948), y a lo dispuesto por decreto Nº 504 de fecha 28/07/2020, a fin de comunicar que:

Gerardo González Valencia cumplió prisión preventiva por esta causa (IUE 2-37467/2015) desde el 22/4/16 al 27/6/18, y conforme a lo dispuesto por decreto Nº 545/2018, <u>desde el 27/6/2018 hasta el 14/5/2020 cumplió arresto administrativo por proceso de extradición en la causa IUE 474-76/2016</u>.

Saluda atte.,

Esc. ANDRES ROMANO TRINIDAD
ACTUARIO ADJUNTO

[hw:] *2879*



**ORIENTAL REPUBLIC OF URUGUAY
JUDICIAL BRANCH**

Special Criminal Court

in Org. Crime. 1st R

Bartolomé Mitre 1275 2° Piso - Montevideo

Tel. 1907 Int. 8406 - 8402 and 8404

## OFFICIAL LETTER

Montevideo, July 28, 2020

**Official Letter No. 334/2020**

GENERAL DIRECTORATE FOR THE REPRESSION OF ILLICIT DRUG TRAFFICKING

DEPT. OF RECORDS, BACKGROUND AND STATISTICS

Hand Delivered

In the case captioned "GONZÁLEZ VALENCIA, Gerardo et al.-A MONEY LAUNDERING OFFENSE", IUE (*Identificación Unica de Expedientes* [Unique Case Identification]) 2-37467/2015, this letter is hereby delivered to you, pursuant to official letter No. 1506/K/2020/NVHC (ref.: request for migration information file No. 2019-4-2-0019948), and as provided by decree No. 504 dated 07/28/2020, in order to inform you that:

Gerardo González Valencia served pre-trial detention for this cause (IUE 2-37467/2015) from 4/22/16 to 6/27/18, and pursuant to the provisions of Decree No. 545/2018, <u>from 6/27/2018 to 5/14/2020, served administrative detention due to extradition in the case of</u> IUE 474-76/2016.

Best regards,

[signature]
[stamp:] Mr. ANDRES ROMANO TRINIDAD
DEPUTY CLERK

4



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Exhibit C**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Jacqueline Yorke

Sworn to before me this
April 12, 2022

_____
Signature, Notary Public

_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE