# EXHIBIT G

# brownrudnick

STEPHEN A. BEST
direct dial: 202.536.1737
fax: 212.938.2937
sbest@brownrudnick.com

March 2, 2022

**VIA ELECRONIC MAIL**

Kaitlin Sahni
Kate Naseef
Kirk Handrich
Trial Attorneys
Narcotic and Dangerous Drug Section
U.S. Department of Justice, Criminal Division
145 N Street NE, 2nd Floor East
Washington, D.C. 20530

**RE:   United States v. Gerardo Gonzalez-Valencia (Case No. 16-CR-065)**

Dear Counsel:

I write on behalf of my client, Gerardo Gonzalez-Valencia, to request further clarity on your stated position that the Department of Justice had no involvement with the Department of State's July 16, 2019 response to the Uruguayan Court regarding the Court's specific requests for further information (the "Diplomatic Note").

Specifically, I request clarity on your statement to Judge Howell that the "Diplomatic Note [was] drafted by Department of State personnel without the involvement of the Department of Justice." Please provide responses to the below questions:

1. Prior to the Department of State's July 16, 2019 written response to the Uruguayan Court, did you or any member of the Department of Justice, receive a copy of the November 20, 2018 or February 22, 2019 requests from the Uruguayan Court?
2. Regardless of whether or not you received a copy of either request, was any member of the Department of Justice made aware of said requests from the Uruguayan Court? If so, when? Please provide the specific details.
3. Did any member of the Department of Justice review the response by the Department of State before it was sent? If so, please provide any and all drafts and details of any comments or proposed edits.
4. How could the Department of State competently and substantively respond to this request without consulting with the Department of Justice? Did personnel at the Department of State have substantive knowledge of the facts and supporting documentation in the case?
5. Does the Department of Justice have any understanding of why it took nine months to respond to the Uruguayan Court's requests?



United States v. Gerardo Gonzalez-Valencia
March 2, 2022
Page 2

As a courtesy, I attach translations of the requests from the Uruguayan Court and the Diplomatic Note. Please accord me with the favor of a response on or before close of business on Monday, March 7, 2022.

If you have any questions, please do not hesitate to call me directly at (202) 536-1737.

Sincerely,

**BROWN RUDNICK LLP**

Stephen A. Best

Enclosures