# EXHIBIT H



**U.S. Department of Justice**

Criminal Division

---

*Narcotic and Dangerous Drug Section*  Washington, D.C. 20530

March 7, 2022

**VIA E-MAIL**

Stephen A. Best
Brown Rudnick, LLP
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005

Lilly Ann Sanchez
Four Seasons Tower
Suite 1200
1441 Brickell Avenue
Miami, FL 33131

    Re:    **United States v. Gerardo Gonzalez Valencia**
                **Criminal No. 16-CR-065 (BAH)**

Dear Counsel:

    The Government is in receipt of your letter dated March 2, 2022, requesting responses to questions about a Diplomatic Note dated July 16, 2019 ("Diplomatic Note").

    The Diplomatic Note was not written by the Department of Justice. The Department of Justice did not adopt the Diplomatic Note as its own statement. Nor does the Diplomatic Note purport to be a statement of the Department of Justice.

    Furthermore, when read in context, the Diplomatic Note—which is responding to requests from the Uruguayan Court attached to your letter—is clearly confirming that the original extradition package contains all materials necessary to satisfy the United States' treaty obligations to request extradition and that the United States is declining to provide additional information. Therefore, by its own terms, the Diplomatic Note is saying that the original

2

extradition package is sufficient and complete, and the Diplomatic Note is not an effort to amend or change any of the assertions made in the original extradition materials.

Very truly yours,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, D.C. 20530

/s/
Kaitlin Sahni
Kate Naseef
Kirk Handrich
Trial Attorneys