# EXHIBIT L

**brown**rudnick

STEPHEN A. BEST
direct dial: 202.536.1737
fax: 212.938.2937
sbest@brownrudnick.com

November 9, 2021

**VIA ELECRONIC MAIL**

Brett Reynolds
Kaitlin Sahni
Kate Naseef
Narcotic and Dangerous Drug Section
U.S. Department of Justice, Criminal Division
145 N Street NE, 2nd Floor East
Washington, D.C. 20530

**RE:     United States v. Gerardo Gonzalez-Valencia (Case No. 16-CR-065)**

Dear Counsel:

      We write on behalf our client, Mr. Gonzalez-Valencia in connection with the above-referenced matter. Based on our review of discovery produced by the Government thus far, we request disclosure of all additional documents and information about Mr. Gonzalez-Valencia's whereabouts while he resided in Argentina and Uruguay pursuant to Federal Rules of Criminal Procedure Rule 16 and *Brady v. Maryland*, 373 U.S. 83 (1963).

Specifically, we request the following:

- All witness statements made by any agent of the United States Government or other law enforcement agency, or any other person referencing Mr. Gonzalez-Valencia in any way including reference to Mr. Gonzalez-Valencia's whereabouts between 2009 and 2016.

- All transcripts of witness interviews conducted by the Argentine and Uruguayan Governments or any other law enforcement agency in Argentina and Uruguay, and now in the possession of the United States Government, that stipulate Mr. Gonzalez-Valencia was living in Argentina and/or Uruguay between 2009 and 2016, including all witness statements made by staff employed by Mr. Gonzalez-Valencia.

- All data obtained by the United States Government using surveillance tactics or any other reconnaissance activity used to establish Mr. Gonzalez-Valencia's whereabouts between 2009 and 2016.



Re: United States v. Gerardo Gonzalez-Valencia
November 9, 2021
Page 2

- All memoranda produced by or received by the United States Government containing information about Mr. Gonzalez-Valencia's whereabouts between 2009 and 2016.

- All photographs, video recordings and audio recordings containing information about Mr. Gonzalez-Valencia's whereabouts between 2009 and 2016.

- Any notification process in place to inform the United States Government or other law enforcement agency when Mr. Gonzalez-Valencia boarded a flight or otherwise traveled between 2009 and 2016 and the results of any such notification process.

- All Suspicious Activity Reports ("SARs") referencing Mr. Gonzalez-Valencia and issued to the United States Government or other law enforcement agency between 2009 and 2016 from any bank or financial institution located in Argentina, Uruguay and/or Mexico.

- All documents relating to immigration notifications placed on Mr. Gonzalez-Valencia that notified the United States Government or any other law enforcement agency or government of Mr. Gonzalez-Valencia's movements within Argentina and/or Uruguay and between Argentina and/or Uruguay and any other country, between 2009 and 2016.

- All Interpol notifications received by the United States Government or any other law enforcement agency or government related to Mr. Gonzalez Valencia's presence in Argentina and Uruguay between 2009 and 2016.

- All communication between the United States Government and any law enforcement agency, American embassy and/ or government in Argentina, Uruguay and/ or Mexico between 2009 and 2016.

- All other documents, exhibits, and productions that contain information pertinent to Mr. Gonzalez-Valencia's whereabouts between 2009 and 2016.

If you have any questions regarding the requests above, please do not hesitate to me call at (202) 536-1737.

Sincerely,

**BROWN RUDNICK LLP**

Stephen A. Best