# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSE GONZALEZ-VALENCIA &**<br>**GERARDO GONZALEZ-VALENCIA,**<br><br>Defendants. | **CRIMINAL NO. 16-CR-065 (BAH)** |

### DEFENDANT GERARDO GONZALEZ-VALENCIA'S REQUEST FOR ORAL HEARING ON HIS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR *IN CAMERA* REVIEW

Defendant Gerardo Gonzalez-Valencia respectfully submits this Request for Oral Hearing on his Motion to Dismiss, or in the Alternative, for *In Camera* Review [Dkt. No. 97] ("Motion to Dismiss").

During the January 11, 2022 status conference, Mr. Gonzalez-Valencia requested an accelerated motions schedule for his forthcoming dispositive motion to dismiss reasserting arguments he had presented to the Court before his consolidation with Jose Gonzalez-Valencia [Dkt. No. 88]. Later that day, the Court entered a minute order granting Mr. Gonzalez-Valencia's request.

Mr. Gonzalez-Valencia filed his Motion to Dismiss under seal on April 15, 2022. On April 29, 2022, the Government filed its Memorandum in Opposition to the Motion to Dismiss [Dkt. No. 99] and on May 6, 2022, Mr. Gonzalez-Valencia filed under seal his Reply in Further Support of the Motion to Dismiss [Dkt. No. 103]. On May 26, 2022, co-defendant Jose Gonzalez-Valencia filed his Unopposed Motion to Continue Trial Date [Dkt. No. 104], which the Court granted on May 27, 2022. Pursuant to the Court's May 27, 2022 Order, the parties submitted a Joint Proposed

Pretrial Schedule on June 6, 2022 [Dkt. No. 105], which included June 22, 2022 as a proposed hearing date for this Court to address Mr. Gonzalez-Valencia's Motion to Dismiss.

Mr. Gonzalez-Valencia now reiterates his request made at the January 11, 2022 status conference for an expedited motions schedule in connection with his dispositive Motion to Dismiss and asks that this Court hold a separate oral hearing on his Motion to Dismiss on June 22, 2022, as proposed in the Joint Proposed Pretrial Schedule [Dkt. 105]. The continuance of trial until January 23, 2023 underscores the need for an expeditious decision on this dispositive motion.

Mr. Gonzalez-Valencia has notified the Government of his request for an oral hearing on his pending Motion to Dismiss. While the Government takes the position that a hearing on the Motion to Dismiss is not necessary, it has agreed to be available on the proposed hearing date if the Court grants Mr. Gonzalez-Valencia's request.

Dated: June 7, 2022

Respectfully submitted,

 /s/ Stephen A. Best

**BROWN RUDNICK LLP**

Stephen A. Best (DC Bar No. 428447)
Tiffany B. Lietz (admitted *pro hac vice*)
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
sbest@brownrudnick.com

-and-

**The L●S LAW FIRM**

Lilly Ann Sanchez (admitted *pro hac vice*)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131

Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Criminal Procedure 49(a)(3)(A).

Date: June 7, 2022

                                       */s/ Stephen A. Best*
                                       Stephen A. Best
                                       601 Thirteenth Street, NW
                                       Suite 600
                                       Washington, DC 20005
                                       Telephone: (202) 536-1737
                                       sbest@brownrudnick.com

                                       *Counsel for Defendant Gerardo Gonzalez-Valencia*