# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 16-CR-065 (BAH)** |
| v. | |
| **GERARDO GONZALEZ-VALENCIA,** | |
| Defendant. | |

## DEFENDANT GERARDO GONZALEZ-VALENCIA'S
## STATEMENT OF FACTS

This statement of facts represents sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea in the above-captioned matter. Had the Defendant proceeded to trial, the Defendant agrees that the Government's evidence would show the following beyond a reasonable doubt:

1. From at least in or about 2003 and continuing thereafter up to and including April 19, 2016, within the countries of Mexico, the United States, and elsewhere, the Defendant, GERARDO GONZALEZ-VALENCIA, did unlawfully, knowingly, willfully, and intentionally combine, conspire, confederate and agree with other conspirators, both known and unknown, to commit the following offense against the United States, to wit to distribute more than five kilograms of cocaine, a Schedule II controlled substance, intending and knowing that it would unlawfully be imported into the United States in violation of 21 U.S.C. §§ 959, 960(a)(3), 960(b)(1)(B)(ii), and 963 and 18 U.S.C. § 2.

2. During the course and in furtherance of the conspiracy, the Defendant personally invested his own funds in connection with the purchase of more than five kilograms of cocaine

from Colombia, and the transportation of cocaine to Central America and Mexico, and the illegal importation of the cocaine into the United States and Europe for further distribution.

3. The Defendant agrees that, in approximately 2007, he and others invested in a shipment of cocaine that the Defendant knew would be transported from Columbia to a location off the coast of Guatamala in the Pacific Ocean using a semi-submersible vessel. The Defendant understood that the cocaine would be transported from the semi-submersible to Mexico via go-fast boats. The Defendant further agrees that the U.S. Coast Guard interdicted the semi-submersible carrying the shipment in which he invested in the Pacific Ocean on or about August 21, 2007. The Defendant agrees that the crew scuttled the semi-submersible, and the U.S. Coast Guard recovered approximately 280 kilograms of cocaine from the water in the location where the semi-submersible sank. The Defendant knew and intended that the cocaine on board the semi-submersible ultimately would be imported into the United States.

4. The Defendant agrees that his participation in the conspiracy continued through April 19, 2016.

5. The Defendant also agrees that his participation as a conspirator in the above-described acts were in all respects knowing, intentional, and willful, reflecting an intention and deliberation to do something the law forbids, and were not in any way the product of any accident, mistake of law or fact, duress, entrapment, or public authority.

6. The Defendant is making this statement of facts because it is a true and correct summary of the Defendant's own conduct.

7. The Defendant is pleading guilty because the Defendant is in fact guilty.

Dated: December 16, 2022

        Respectfully submitted,
        <u>/s/ Stephen A. Best</u>

**BROWN RUDNICK LLP**

Stephen A. Best (DC Bar No. 428447)
Tiffany B. Lietz (admitted *pro hac vice*)
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
sbest@brownrudnick.com

-and-

**The L●S LAW FIRM**

Lilly Ann Sanchez (admitted *pro hac vice*)

Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*