# **EXHIBIT 2**









