# **EXHIBIT 6**

| | |
|---|---|
| **From:** | Wen Arevalo ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Thursday, March 23, 2023 11:50 AM |
| **To:** | lsanchez@thelsfirm.com; Lietz, Tiffany B. |
| **Subject:** | From Wendy |

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Dear Honorable Judge:

I'm so grateful to have this opportunity. Please allow me to introduce myself.

My name is Wendy Amaral. I am Gerardo Gonzalez's former wife. We have been together since 2002.

Before I met Gerardo, I wanted to study, travel and work as an architect or designer, that's the area I felt I can develop better than any other. At 22 years old getting married wasn't in my priorities at all. Mostly because I was raised by my four aunts who are professional, hard workers and independent women.

Then I met Gerardo. Please Let me introduce you the love of my life. Gerardo as a young person was very easy going. What you see is what it is.

He loves history, books, and a good conversation rather than going out. He loves having meals at home and cooking. He has always been very curious, he is always seeking all kinds of knowledge. He used to laugh a lot. I remember laughing a lot back then together, he had this contagious energy.

I don't think Gerardo is the kind of person who can be categorized as any specific type of person. He has always been very genuine. He speaks always with the truth and with so much respect to others. He is very close to God, a good friend, and a good son. He lives in the present. He is extremely wise. He has a really good heart and he is a free spirit. He taught me that what matters is what is in your mind, your wisdom and mostly been in peace.

Then he became a father, and that is when I started admiring him the most. We have three beautiful, healthy and strong children, ▓▓▓▓, ▓▓▓▓ and ▓▓▓. We were really happy. We moved away from Mexico and and our families to live in a healthy environment away from the caos in Mexico and to start a new life. We chose to live by ourselves, away from everything we had known , with the purpose of giving our daughter and two sons a different life than we had.

Then suddenly Gerardo, the most important member or our little family, was arrested picking up my kids from school.

We have experienced in a short time what he is going through. I spend a few months in prison also. The five of us are at the bottom together. After Gerardo's arrest, we had to learn how to live and deal with others who view us as repulsive for over eight years now.

I remember Gerardo just three weeks before his extradition, he was very skinny and he wasn't getting any sleep. We went to see him at the prison and he couldn't walk properly, because of the shackles. While at the prison we were always surrounded by this angry energy even we after we had addressed everyone working there with respect. But I remember that once Gerardo hugged us, he brought peace and calm to our family, just like he always has. Even in the worst environment, he used to tell my kids that all the people who work in prison developed that personality it was their

job. Even in the worst situation, Gerardo never takes anything personally. This is just one example, but he has gone through so much.

We want to look forward and leave everything in the past, but we have not healed our hearts yet. But I'm sure we will, because our family members have become better individuals. We are more mature and more aware of our responsibilities and actions. All we need is an opportunity to amend our lives. I'm 42 years old, Your Honor, please let us, me and my kids have our family back together.

I promise with all my heart Gerardo has learned his lesson. I will lead my family through good, with the hand of God.

I do believe that people should be given second chances in life and my family is one of them.

Sincerely,

Wendy Amaral