# **EXHIBIT 8**



GGV-000000052