# **EXHIBIT 9**



GGV-000000051