# **EXHIBIT 11**

From:
Sent: Wed 9/07/2011 2:03 PM (GMT-00:00)
To: Gerardo Gonzalez; Wendy
Cc:
Bcc:
Subject: Record...

Ayer -6/9/2011- las tiendas batieron record de ventas: $24.063
Objetivo cumplido antes de tiempo...!
Un abrazo
Mensaje enviado desde mi BlackBerry de Nextel