# **EXHIBIT 16**

■■■

From: ■■■
Date: On Fri., September 29, 2017 at 11:37 p.m.
Subject: Fwd: Admission of ■■■
To: ■■■


Sent from my iPhone

Begin forwarded message:

> From: ■■■
> Date: March 21, 2011, 07:23:14 a.m. GMT-3
> To: ■■■
> Subject: Re: Admission of ■■■
> Respond to: ■■■
>
> Hi ■■■,
>
> The reason for my email is to inform you that my son, ■■■ does not want to attend minisports on Mondays and Tuesdays. He's just staying in soccer on Thursdays and swimming on Fridays.
>
> So he would come home in the school bus today. I'll wait for your comments to send the relevant email to the school transportation.
>
> Thanks a lot for your time! Have a good morning.
>
> Regards,
>
> Wendy Amaral
>
> Sent from my BlackBerry®

**From:** ▮
**Date:** Wed, 9 Mar 2011 14:48:11 -0300
**To:** ▮
**Cc:** ▮
**Subject:** RE: Admission of ▮ - bus.

I sent it to the person in charge of this. I'm a physical education teacher and After School coordinator.

Best regards,

▮

IMPORTANT: As of March 11th 2011 my e-mail address will change to :
▮

Lic. ▮

Asociacion Escuelas Lincoln

P.E teacher
Elementary After School Activities Coordinator

Tel. ▮

---

**From:** ▮
**Sent:** Wednesday, March 09, 2011 2:46 PM
**To:** ▮
**Subject:** Re: Admission of ▮ - bus.

Hi ▮,

Can you confirm by email what time the school bus will pass by for ▮ in the mornings?

Thanks a lot,

Wendy.

Sent from my BlackBerry®

**From:** ▮

**Date:** Thu, 3 Mar 2011 15:16:37 -0300

**To:** ███

**Subject:** RE: Admission of ███ - bus, after school and something else

Physical education clothing for mini sports and soccer; for swimming, a bathing suit, cap, towel and flip flops, all with his name; if he wants to wear goggles he can bring them.

███

IMPORTANT: As of March 11th 2011 my e-mail address will change to :
███

Lic. ███

Asociacion Escuelas Lincoln

P.E teacher

Elementary After School Activities Coordinator

Tel ███

**From:** ███
  **Sent:** Thursday, March 03, 2011 3:13 PM
**To:** ███
**Subject:** Re: Admission of ███ - bus, after school and something else

Hi ███,

Thanks a lot, every day except Wednesday seems perfect to me.

Could you please tell me the dress code for these activities?

Thanks and have a good day,

Wendy Amaral

Sent from my Claro Argentina BlackBerry®

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** Thu, 3 Mar 2011 14:59:17 -0300
**To** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WeN ▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Admission of ▓▓▓▓▓▓▓▓▓▓ - bus, after school and something else

Hello Wendy and welcome, there is space for all the activities except swimming on Wednesdays, where there is no more space, so we will mark him down for 4 days; the departure is from the auditorium at 4:45.

Best regards,

▓▓▓▓

**IMPORTANT: As of March 11th 2011 my e-mail address will change to :**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Lic ▓▓▓▓▓▓▓▓▓▓

Asociacion Escuelas Lincoln

P.E teacher

Elementary After School Activities Coordinator

Tel. ▓▓▓▓▓▓▓▓

---

**From:** ▓▓▓▓▓▓▓▓
**Sent:** Thursday, March 03, 2011 1:46 PM
**To:** 'WeN .'
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Admission of ▓▓▓▓▓▓▓▓▓▓ - bus, after school and something else

Wendy,

I am listing here and copying ▓▓▓ so that she can confirm if ▓▓▓▓ can participate in the activities that you requested for Kindergarten 5:

Monday Mini Sports

Tuesday Mini Sports

Wednesday Swimming

Thursday Soccer

Friday Swimming.

███ will let you know if there's space in all of them...

See you Wednesday!

███

Admissions Registrar

Asociacion Escuelas Lincoln

Tel ███

FAX ███

Website: www.lincoln.edu.ar

**IMPORTANT: As of March 11th 2011 my e-mail address will change to**

███

---

**From:** WeN ███
**Sent:** Thursday, March 03, 2011 1:37 PM
**To:** ███
**Subject:** Re: Admission of ███ - bus, after school and something else

Hi ███,

Yes, the document that we put is for March, since he will be the person in charge of making the payments on time.

Company address ███████████

Buenos Aires.

Yes, the payment will be by semester, including bus and lunch in the same invoice.

Thanks a lot.

Wendy Amaral.

On March 3, 2011 at 10:18 a.m. ███████████████████████ wrote:

Hi Wendy,

In the form can you please put the family name below and the contact information?

The document you sent me is from March, right?

What is the company's address?

Do you want to pay by semester? They don't pay for enrollment, just the Capital Assessment and the tuition. So do we include the bus and lunch in the same invoice, and per semester? The family number will be on the invoice. Once the billing info data is completed and we receive it, we will prepare it.

I am copying ██████ so she can find out about the bus…

I am copying ███████ who is in charge of the after school activities, to confirm if there is a place in the 3 activities that you registered: Soccer, tennis and chess...

On activity days they're picked up at 4:45 p.m., and on the other days at 3:30 p.m. They can only take the return bus on days they do not have activities. School hours are from 8 a.m. to 3:30 p.m.

Let me know if you have any other questions.

Regards,

███████

Admissions Registrar

Asociacion Escuelas Lincoln

Tel: ███████
FAX ███████

Website: www.lincoln.edu.ar

**IMPORTANT: As of March 11th 2011 my e-mail address will change to**

███████

---

**From:** WeN███████
**Sent:** Thursday, March 03, 2011 1:05 PM
**To:** ███████
**Subject:** Admission of ███████

--

Hi ███████,

Thanks a lot! I'm attaching the file for you. I hope it's right. I have a question about the payments we have to make:

Payment per semester   5,750

Annual enrollment      1,530

One time fee           6,000

- I also wanted to know what our Family Number is, to make whatever payments you tell me.

- The address where the school bus will stop is as follows:

[REDACTED]

I also have a concern about which activities [REDACTED] will be registered for, and the exact times for the start and end of school.

Thanks in advance,

Wendy Amaral

2011/3/3 ▮

Dear Gonzalez family,

At this time I want to confirm that ▮ has been accepted for enrollment at ASOCIACION ESCUELAS LINCOLN in Kindergarten 5 for the second semester of the 2010-11 school year.

▮ is welcome to start school next Wednesday, March 9 at 8:00 am. He has been placed in Kinder 5 C and his homeroom teacher will be ▮ She is CCed here. Her email is ▮

I have attached a billing info form you should fill out ASAP to prepare the invoice, school calendar, current school fees; ES uniform policy, and info on a Transitions Workshop for parents.

Please see attached welcome letter from the Elementary School department. I am CCing ▮ our Elementary School Counselor. Her email is ▮

Please email me back and give your exact address as we need to check on the bus service.

The Supply Lists are posted on our website www.lincoln.edu.ar in the ES section (teacher websites).

Don't hesitate to contact me if I can be of further assistance.

Best regards,

▮
Admissions Registrar
Asociacion Escuelas Lincoln
Tel: ▮
FAX ▮
Website: www.lincoln.edu.ar
IMPORTANT: As of March 11th 2011 my e-mail address will change to
▮

