# **EXHIBIT 20**

From: Gego
Sent: Thu 5/22/2014 11:22 PM (GMT-00:00)
To: Wen
Cc:
Bcc:
Subject: Fwd: WORLD CUP TICKET INFORMATION.

Beautiful Juanita,
The dates for the semi-final and final are coming up,
so you can look for a hotel and flights for those dates.
The semi-final is July 9.
We can fly on the 8th early or at midday.
The final is on July 13, so we can do Sao-Rio on the 12th.
The return home from there is the 15th.

I need you to look for flights and stays for those days. Also, look for somewhere you want to spend your birthday so you can reserve it. I only have 4 premier tickets. I think it's worth it to go with the kids. So you can take it into consideration for the reservations, etc. Or if you want we can bring ▇ or ▇ to take care of the kids for us while we go out. Or ▇ can introduce you to some relative there to take care of them so we can go out to dinner someday. However you want. Kisses, Sent from my iPhone

Begin forwarded message:

**From:** ▇
**Date:** May 21, 2014 2:12:47 p.m. GMT-5
To: GEGO ▇
**Subject: Fwd: WORLD CUP TICKET INFORMATION.**

Sent from my iPhone

Begin forwarded message:

**From:** ▇
**Date:** May 20, 2014 10:01:23 p.m. GMT-5
**To:** ▇

**Subject: WORLD CUP TICKET INFORMATION.**

ATTENTION

▇

I AM SENDING YOU THE ATTACHED FILE WITH THE PROVIDER'S SEAT DISTRIBUTION MAP.

UNFORTUNATELY, GIVEN SUCH SHORT ADVANCE NOTICE AND THE SCARCE AVAILABILITY OF SPACES, THE PROVIDERS' POLICIES AND CONDITIONS CHANGE QUICKLY. THEY'RE TELLING ME THAT POSSIBLY TOMORROW THEY'LL CONFIRM THE OTHER 2 REQUESTED TICKETS. FOR NOW, THE PROVIDER SAYS THEY HAVE 4 SPOTS FOR THE SEMI-FINAL IN SAO PAULO AND THE FINAL.

IF THEY GET THE TICKETS, I WAS INFORMED TODAY THAT FOR SECURITY REASONS THEY WILL BE DELIVERED ONCE THE FIRST ROUND OF THE WORLD CUP IS CONCLUDED, THAT IS, IN MID-JUNE. THEY WILL BEGIN TO SEND THEM AFTER JUNE 17.

FOR THIS THEY WILL NEED THE EXACT ADDRESS AND NAME OF THE PERSON RESPONSIBLE FOR RECEIVING THEM, IN ORDER TO DELIVER THEM BY HAND, BECAUSE THEY ARE PHYSICAL TICKETS. THE ADDRESS CAN BE IN MEXICO OR BRAZIL.

CATEGORY 1 IS IN THE MIDDLE, BUT IT CAN BE IN THE MIDDLE IN ANY AREA SPECIFIED IN BROWN ON THE MAP. THERE IS ANOTHER AREA, THE YELLOW VIP AREA, WHICH IS IN THE LOWER CENTRAL AREA.

I'M INCLUDING THIS AREA OPTION, WHICH THEY HAVEN'T OFFERED ME, IN CASE YOU WANT TO CONSIDER IT.


I'LL RECONFIRM THE COSTS FOR YOU:


**SEMIFINAL SAO PAULO JULY 9.**
CATEGORY 3 $3,926.00 USD SKY BLUE (BEHIND THE GOALS)
CATEGORY 2 $4,622.00 USD NAVY BLUE (CORNERS)
CATEGORY 1 $6,935.00 USD BROWN (LOWER, MIDDLE AND UPPER SIDELINES)

PREMIER MATCH $11,793.00 USD YELLOW (LOWER SIDELINES)

**FINAL RIO DE JANEIRO JULY 13.**
CATEGORY 3 $7,310.00 USD (BEHIND THE GOALS)
CATEGORY 2 $8,422.00 USD (CORNERS)
CATEGORY 1 $10,935.00 USD (LOWER, MIDDLE AND UPPER SIDELINES)
PREMIER MATCH $21,310.00 USD YELLOW (LOWER SIDELINES)
(PRICES IN UNITED STATES DOLLARS PER TICKET)

THE SEATS AND THEIR EXACT LOCATION ARE SUBJECT TO AVAILABILITY, AND I WILL DEFINITELY REPORT THEM TOMORROW WHEN I RECEIVE A RESPONSE FROM MY PROVIDER.

# BENEFITS INCLUDED IN THE PREMIER MATCH AREA



MATCH Premier is a new product offering fans the opportunity to **secure their seat** at the 2014 FIFA World Cup Brazil™ with MATCH Hospitality. Enjoy **informal hospitality** with snacks and bar service, ideal for big groups, families and those who want to relish the excitement of the biggest sporting event in the world.
**MATCH Premier benefits:**

- Category 1 match tickets.
- Tented hospitality structure located within the stadium security perimeter area, with standing tables, Tv screens and a pub-style bar counter.
- Hospitality service with snacks and drinks before and after the match.
- Welcome area with multilingual hostesses.