# **EXHIBIT 24**

| Name of the Importer | Exporter | SPECIMEN | Qty | Tag number | Permit number | Source | Purpose | origin | Destination | Security Stamp # | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GERARDO VALENCIA |  | skull |  | BWLOXA130000594 | 4921 | W | H | BW | MEXICO | 1112833 | 2014 |
|  | Mochaba developments | ears | 2 | BWLOXA130000595 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA130000596 |  | W | H | BW | MEXICO |  | 2014 |
|  |  | feet | 2 | BWLOXA130000597 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA130000598 |  | W | H | BW | MEXICO |  | 2014 |
|  |  | Femur | 2 | BWLOXA130000599 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA130000600 |  | W | H | BW | MEXICO |  | 2014 |
|  |  | Belly skin | 1 | BWLOXA130000581 |  | W | H | BW | MEXICO |  | 2014 |
| GERARDO VALENCIA | mochaba developments | ears | 2 | BWLOXA1300001895 | 5623 | W | H | BW | MEXICO | 1112834 | 2014 |
|  |  |  |  | BWLOXA1300001896 |  | W | H | BW | MEXICO |  | 2014 |
|  |  | feet | 4 | BWLOXA1300001897 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA1300001898 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA1300001899 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA1300001900 |  | W | H | BW | MEXICO |  | 2014 |
|  |  | femur | 2 | BWLOXA130001981 |  | W | H | BW | MEXICO |  | 2014 |
|  |  |  |  | BWLOXA130001982 |  | W | H | BW | MEXICO |  | 2014 |

| Name of the Importer | Exporter | SPECIMEN | Qty | Tag number | Permit number | Source | Purpose | origin | Destination | Security Stamp # | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GERARDO VALENCIA | Mochaba development | tusks | 2 | BW445/2013 9.6 | 4930 | W | H | BW | MEXICO | 1112830 | 2014 |
| | | | | BW446/2013 9.9 | | W | H | BW | MEXICO | | 2014 |
| | | skull | 1 | BWLOXA130000 582 | | W | H | BW | MEXICO | | 2014 |
| | | panel | 1 | BWLOXA130000 583 | | W | H | BW | MEXICO | | 2014 |
| | | ears | 2 | BWLOXA130000 584 | | W | H | BW | MEXICO | | 2014 |
| | | | | BWLOXA130000 585 | | W | H | BW | MEXICO | | 2014 |
| GERARDO VALENCIA | Mochaba development | tusks | 2 | BW299/2010 20.5 | 5625 | W | H | BW | MEXICO | 1112837 | 2014 |
| | | | | BW300/2010 24.9 | | W | H | BW | MEXICO | | 2014 |
| | | cape | 1 | BWLOXA100018 91 | | W | H | BW | MEXICO | | 2014 |
| | | panels | 3 | BWLOXA100018 92 | | W | H | BW | MEXICO | | 2014 |
| | | | | BWLOXA100018 93 | | W | H | BW | MEXICO | | 2014 |
| | | | | BWLOXA100018 94 | | W | H | BW | MEXICO | | 2014 |
| GERARDO VALENCIA | Mochaba developments | tusks | 2 | BW447/2013 19.3 | 4929 | W | H | BW | MEXICO | 1112832 | 2014 |
| | | | | BW448/2013 22.0 | | W | H | BW | MEXICO | | 2014 |
| | | Panels | | BWLOXA130000 591 | | W | H | BW | MEXICO | | 2014 |
| | | | | BWLOXA130000 592 | | W | H | BW | MEXICO | | 2014 |
| | | | | BWLOXA130000 593 | | W | H | BW | MEXICO | | 2014 |