# **EXHIBIT 25**

# Botswana Hunting Guide

Use the guide below to help you plan your hunting trip to Botswana.

- Hunting in Botswana
- Preparation for your Trip
- Travel
- Preparation of Trophies
- Tipping
- Health Issues
- Terms and Conditions

## Hunting in Botswana

### General Information

Botswana, situated in Southern Africa, is topographically flat and consists mainly of the Kalahari Desert in which the world's largest inland delta, the Okavango Delta, sinks. It is one of the least densely populated countries in the world leading to its flourishing natural wildlife. In addition to the delta and Kalahari desert, there are grasslands where other plains game such as blue wildebeest and impala are found. Northern Botswana has one of the few remaining large populations of the endangered African wild dog while the Chobe district has the world's largest concentration of elephants. Due to the increased human-wildlife conflict the ban on elephant hunting has been lifted during 2019.

### Firearms and Ammunition

You may import a total of three (3) firearms into Botswana: two (2) rifles and one (1) shotgun; or two (2) shotguns and one (1) rifle. Rifles must be of different calibres. A maximum of 100 rounds of ammunition per firearm. Ammunition must be the same calibre(s) as the firearms you are importing. Semi-automatic, automatic and military-style firearms, and handguns are prohibited.

Should a hunter wish not to bring his/her own firearm on the safari, there are camp rifles and ammunition available for their use at an additional cost.

### Permits and Licences

Each hunter requires a hunting licence. No trophy may be shot without a valid license. Licenses are issued in accordance with available quota in the specific hunting area and it is important to clarify which species of animals are required. Additional CITES and/or TOPS permits are required for certain species such as elephant, leopard etc. We obtain this on our client's behalf.