# EXHIBIT 26



# BOTSWANA

### Dense Wildlife Population

## HUNTING IN BOTSWANA

From the dry Kalahari dunes, to flowing rivers of the Okavango delta. Botswana is a low population country with a dense wildlife population. A southern African country bordering South Africa to the south, Zimbabwe to the east, Namibia to the west and the might Zambezi/ Chobe Zambia rivers to the North. The Okavango Delta was originally inaccessible until hunters ventured into these wild areas and created access into what is known today as one of the premier photographic areas in Africa. Our hunting concession is one of the few hunting concessions left in these Northern parts of Botswana where we mostly hunt Elephant, Buffalo, Leopard and various plains game.



"If I have ever seen magic, it has been in Africa" – John Hemmingway

# SEVEN PANS

Our concession lies in the North Central part of Botswana, just east of the Okavango D
NG41 and belongs to the Mababe community who live in this area. Seven Pans is a joint v
Safaris and the Mababe Zokotsama Community whereby both parties benefit from the su
wildlife. A joint venture like this ensures equal benefit as well as contributing to the protection of wildlife.

Our mission at Johan Calitz Safaris is to always think of the future of the animals and the people we work with. We have therefore dedicated certain areas of the concession to photographic safaris which creates diversity in our offering as well as creating more employment for people in the community. We have a close relationship with the Mababe community and strive to create a long lasting relationship that ensures improved livelihoods and conservation of the wildlife.



Sustainable hunting with the Mababe Community

# JOVEREGA CAMP - MABABE CONCES...



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/camp-01.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/camp-02.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/camp-03.jpg)

Our East African style camp is located in the heart of the concession and comprises of all the basic luxuries you would expect in a premium hunting camp. The camp is tented and all tents are en suite with a shower, flushing toilet and hot water. Our MES area is open plan with a bar, dining room and a fire pit where you will enjoy a cocktail for sundowners. You will be served with a three course meal every evening which is made by our experienced team in the kitchen. During the day you will either eat lunch while out on a drive or return to camp for a delicious meal.



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/botswana-controlled-hunting-areas-03.jpeg)

Case 1:21-cv-00565-UNA Document 45-940 Filed 04/06/23 Page 9 of 22



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-01.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-02.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-03.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-04.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-05.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-06.jpg)

# TRAVEL

Best travel plans would be too fly into Johannesburg (we can organise hunter friendly accommodation close the the airport they will help you with rifle paperwork,) From Johannesburg OR Tambo, you'll catch a two hour flight into Maun, Botswana. We will be waiting for you!

Private charters from Johannesburg to Maun are also available, at request. Also from other African countries if needed we are able to customise all your travel requirement in once in Africa.



There is no trip to big or small. May it be the chase for the tiny ten or the big five. Contact us now to start planning!

# GEAR

> 1 Pair of good walking boots (Always worn-in)

> 1 Pair of comfortable camp shoes

> 4 Pairs of good socks

> 4 Sets of underwear

> 3 Pairs of long hunting pants (Dark Khaki or Olive Green)

> 2 Pairs of short hunting pants (Early hunts –Mar – Apr, Sept - Oct)

> 4 Hunting shirts (Dark Khaki or Olive Green)

> 1 Hunting Jacket - (Dark Khaki or Olive Green)

> 1 Warm sweater or jumper
> Casual wear for the evenings
> 1 Pair of gloves
> Laundry is done ever day in camp
> Good quality binoculars and camera



# GUNS

375 minimum calibre for dangerous game. Often asked which is the best calibre for dangerous game, the best answer is the rifle that you shoot the best. As long as it's 375 and bigger.

# PASSPORTS

Passports are required for travel to Africa. Please note that for the most part no Visas are required. American and European Union passports are sufficient for entries into South Africa. Other African countries might require visas either on arrival or applied through embassies

# CLIMATE

Botswana is generally warm to hot in April and May (peaking at 80°F). The days tend to be warm and the nights cold during June, July and August (freezing temperatures overnight are possible). The weather warms up again in September.

# MALARIA

Botswana areas are Malaria areas. Please consult your Doctor in good time for Malaria prophylaxis. Your Professional Hunter carries a first aid kit, and sophisticated medical services are available in nearby towns and cities.

# PRE-HUNT INFORMATION

# TRAVEL ARRANGEMENTS

The onus rests on the booking agent/client to make sure that he/she is in [...] necessary visas, valid travel documents, and insurance and health certificat[...] by transit countries. EU, Common Wealth and American citizens do not need [...] please ensure that you comply with all the transit countries requirements as [...] have at least 3 hours between arrival and departure times for flight connecti[...] rifles. Flights are often late or delayed and it may be wise to stay over in Johannes[...] than going through the stress of missing flights and not being prepared for it. A direct flight to Johannesburg to Maun with SA Airlink is recommended as Air Botswana does not allow firearms. The hunting party can transfer the same afternoon after arriving in Maun to camp and leave camp the day of departure to be in time to catch the afternoon flight back to Johannesburg.

## GROUND TRANSPORT

Ground transport from Maun to the hunting area and back are included in package prices, alternatively specified separately. You will be met at the airport by a staff member, assisted through customs and transferred to camp. The drive by road is about 2.5 hours. Single or double cab hunting vehicles are used. If the group exceeds 2-3 people or require side excursions/game drives/add on safaris etc., additional vehicles/drivers can be hired upon request, at an additional charge. This should be booked in advance.

## ADD-ON PLAINSGAME

Any add-on plains-game safari at a basic daily rate and trophy fee charge can be arranged in the Kalahari or in the Tuli block on large fenced-in ranches, should you be interested. This can be arranged at short notice, even during your safari.

## INFORMATION SHEETS

In order to provide you and your meet and greet agent (to be nominated by yourself in writing) with an invitation letter to obtain firearm transit permits through SA and to enable us to prepare the necessary documents for your safari, we require that documentation is duly completed in in black ink and returned to us 60 days prior to arrival in Botswana. All the necessary sheets and documents needed will be email to you beforehand. NB: If a booking agent or other industry person accompanies the hunting party and brings rifles, he/she must also complete the necessary rifle/travel documents.

# SAFARI COSTS AND PAYMENT

Bank account details appear on the bottom left corner of the invoice. Please [...] the amount and date of payment and favor us with proof of payment. A 50% [...] a safaris is booked. Tips/gratuities are payable in cash in camp the night bef[...] Botswana otherwise please arrange with us. Staff, who walked the extra mil[...] memorable experience, may be rewarded at your discretio[...]

## MEET-AND-GREET/TRANSIT ASSISTANCE

We recommend that clients make use of an agent in Johannesburg to assist with temporary firearm transit permits through O.R. Tambo airport. If you do not have a preferred agent assisting you, we recommend AfricaSky Guest House. They charge a nominal fee, depending on the extend of client requirements and also offers add-on services such as airport transfers, meet & greet and shuttle services to the Guest House and back. We also recommend them for accommodation as they are a hunter friendly Guest House and about 15 minutes from OR Tambo. See contact details below.

NB: Note that notarized copies of client's passport (recommended: valid for at least 6 months with at least 6 clean pages in it to avoid bureaucratic problems), notarized copies of proof of ownership of the firearms that is to be imported and a copy of the flight itinerary will be required by the meet-and-greet agent. Kindly let us know which agent you choose as we have to provide them with your invitation letter.

## FIREARMS

Three (3) firearms per hunter are allowed into Botswana. No small or military calibers (i.e. .22, .303, etc), nor hand guns, muzzle loaders or automatic firearms are allowed. Hunters travelling with rifles in their own name through South Africa must be 21 years of age. No hand guns, semi-automatics or automatics are allowed into/through South Africa, unless special permission has been obtained well in advance from the South African authorities. This however will not allow the import thereof into Botswana. Please check with us or with your clearing agent if you have any doubt. It is strongly advised that you check the legal requirements of the airline/s and countries you/your client may travel through regarding firearm regulations. Renting of firearms can/is possible if your prefer not to travel with rifles. Please contact us in this regard as we have a limited choice of firearms available.

A maximum of a 100 rounds of ammunition can be imported per firearm and must be specified as such on the rifle application forms. It is highly unlikely that anything close to this number will be used. Import tax on ammo is payable at the port of entry. Ammo must be in a special box and packed separately from rifle/s in the check-in luggage. We recommend to obtain an invoice stating the value of ammo/reloads in order to simplify the process at Maun Airport.

# BOTSWANA RIFLE IMPORT/EXPORT REQUIREMENT

We will assist you with obtaining your permits for Botswana. Please refer to
information and documents are needed to be send to us ti

## TROPHY SHIPMENT

Please ensure that you bring sufficient trophy tags of your preferred Shipping Ag          ny
agent with you. CITES export permits (where applicable), will be issued by our Maun shipping agent,
Mochaba Developments. The professional hunter can, upon request, arrange a meeting with
Mochaba in order to discuss trophy shipment requirements, prior to departure from Maun.

Packing, dipping and shipping charges are not included in JOHAN CALITZ SAFARIS' account.

NB: In case of an elephant safari: PLEASE ensure that the elephant tail is either specified on the
trophy list as to be exported with the rest of the shipment. Clients are urged to take a minute to go
over the trophy list with the Professional Hunter prior to leaving Maun to make sure that all trophy
shipment/handling instructions are correct.

## CAPTURING THE SAFARI ON FILM

We welcome videographers but please note charges as per our pricelist. Please note that we reserve
the right to sanction, use, refuse or prohibit any photo or video footage for future publications and
promo material. No footage may be used for commercial purposes without our written permission
and without obtaining the prescribed filming permit from the relevant government department.
Protection of Identity: Clients who wish their identity to be protected must please inform us via
email.

## INOCULATIONS, PREVENTATIVE MEDICATION, INSURANCE, MEDICAL RESCUE

Botswana has little health risks but malaria prophylaxis is strongly advised. Irrespective of the
destination, it is always highly recommended to obtain the following insurance cover :

– Short term insurance for personal assets and effect against damage and theft

– Medical evacuation insurance

– Trip cancellation and travel insurance

– Trophy insurance

Consult your insurance broker, travel agent and trophy shipping agent today if you are not duly
covered.

## MEDICAL RESCUE

We suggest GLOBAL RESCUE services, the premier provider of medical, sec[...] consultation services. They commit to their members from the point of inju[...] them back to their home country hospital of choice. We strongly recomme[...] membership with them before your hunt. Please contact them at www.[...] (https://www.globalrescue.com/) or telephonically at +1-617-459-4200 or toll f[...] 381-9754 to sign up for membership.

## PACKING LIST

Accommodation is provided in luxury en-suite tented accommodation with bed linen, towels, basic toiletries and hot/cold water basin, shower and a flush toilet. Solar powered lights are provided. In the dining and lounge areas there are power points for charging cameras and other electronic devises. Remember Botswana is on 220v so a converter is necessary if your home country's power supply differs. A daily laundry service is provided so clients can pack light. Natural fiber, neutral colored clothing, two sets of walking/hunting shoes, a weather resistant jacket and warm sweater should suffice. Remember a bore snake, ammo belt, binoculars, satellite phone (if client wish to remain in touch with office or home), camera, hat, sunglasses, sunscreen, personal toiletries and prescription drugs and medication.

## EMERGENCY

In case of an emergency, your relatives/office can get hold of writer hereof at the numbers and email address as set out below.

## GENERAL

Safaris are conducted as far as possible on fair chase and ethical hunting principals in large and unfenced wilderness areas. No guarantees can be made as to a client's chances for success or trophy size. We hope that our track record speaks for itself and that your experienced professional hunter, who knows the area well, will do everything in his power to give you the best possible opportunity to harvest good representative trophies. Licenses are paid for in advance and are non-refundable. Please refer to our terms and conditions attached hereto with regards to changing your wish list or declining to harvest booked trophies prior to or during your safari.

If you have any questions or seek assistance in any regard, please do not hesitate to ask. We will gladly assist and make sure you are comfortable with the arrangements. From our side we will endeavor to make your safari a trouble free and memorable one!

# JOHAN CALITZ SAFARIS CONTACT NUMBERS

**SOUTH AFRICA:** JOHAN +27 82 5747267 / COBIE +27 82 338
**BOTSWANA:** JOHAN +267 7155 9753 / COBIE +267 7130
**BOTSWANA OFFICE:** +267 686 1574

## AFRICASKY GUEST HOUSE CONTACT DETAI

**Contact Person:** Leoni Rossouw
**Contact Number:** +27 82 7490674 (South Africa)
**Email:** africasky@mweb.co.za (mailto:africasky@mweb.co.za)
**Website Address:** www.africasky.co.za (https://www.africasky.co.za/)



(https://johancalitzsafaris.com/wp-content/uploads/2021/11/45C519B8-E750-473B-9220-C110F905563F.jpg)   (https://johancalitzsafaris.com/wp-content/uploads/2021/11/IMG_1585.jpg)   (https://johancalitzsafaris.com/wp-content/uploads/2021/11/IMG_1618.jpg)



## Are you ready to start planning your hunt with us?

Please do contact us. We would love to help you plan your dream hunt and bag the trophy's that you are missing!

CONTACT US

# KEEP IN TOUCH

**Subscribe**

email address

SUBSCRIBE

made with 

(http://eepurl.com/hPRUMD)



## OTHER PAGES

Home(/)

About Us(/about/)

Bespoke Safaris(https://johancalitzsafaris.com/bespoke-safaris/)

Contact Us(/contact-us/)

Terms and Conditions(/terms-and-conditions/)

## COUNTRIES

Botswana(/botswana/)

Mozambique(/mozambique/)

Namibia(/namibia/)

South Africa(/south-africa/)

Tanzania(/tanzania/)



## AFFILIATIONS









**f**   **◎**

(https://www.facebook.com/JohanCalitz(https://www.instagram.com/johan_calitz_safaris_/)

With over 30 years of experience we promise to provide our clients with quality, first-class safaris.

Copyright © 2021-2022. All rights reserved.

Website by Digital Cartel (https://digitalcartel.co.za/)