# **<u>EXHIBIT 28</u>**

