# **EXHIBIT 29**



Guadalajara, Jalisco, 03/08/23

to whom this may concern,

I have known Gerardo Gonzalez Valencia as a good parent and husband for several years, I was troubled and surprised to see the legal situation he his currently facing. It is for this reason I am happy to write my support regarding this matter.

It is my sincere hope the court takes my letter into consideration. Despite the current situation, I still believe Gerardo is an honorable person and a key person to successfully support the healthy growth in my sister's family.

Sincerely,

Hector Alonso Amaral Arevalo