# EXHIBIT 30A

[handwriting is in italics]

*Guadalajara, Jalisco, March 9, 2023*

*To Whom It May Concern.*

*By means of this letter, I make it known to you that I have known Mr. Gerardo Gonzalez Valencia for 20 years. During that period of time, I can only mention good things.*

*As a father, husband, and member of this family, he has always acted as a respectful, responsible, affectionate, and dedicated person.*

*I understand that nations and states have to safeguard their citizens, and in the case of Gerardo, whether or not he has violated any kind of law in those states, I think that the time he has spent deprived of his freedom is sufficient.*

*I am a witness, day after day, of the affects that the unfortunate incidents taking place in Montevideo, Uruguay have had on my nieces and nephews and my sister. The subsequent court proceedings, expenses, and mental and moral consequences of those incidents have been too much of a punishment for all of them.*

*Hoping that the judicial process he is in reaches its conclusion, so that you allow him to be reunited with his family and begin to make up for and recover from all of the collateral damage that my nieces and nephews and my sister have suffered and, if such is the case, what was suffered by society.*



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Letter from Jorge Amaral Arevalo**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
March 23, 2023

Signature, Notary Public



Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE