Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

GERARDO GONZALEZ - VALENCIA

Civil/Criminal No. 16CR65-01

**FILED**

MAY – 4 2023

Clerk, U.S. District and
Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 28 | PHOTOGRAPH OF ABIGAEL | √ 2/2023 | 5/3/2023 | OSCAR NAVA VALENCIA | |
| √ | PHOTOGRAPH OF COCAINE CONTAINER | √ 2/2023 | √ 3/2023 | OSCAR NAVA VALENCIA | |
| 1 – √2 | SERIES OF TEXT MESSAGES (20) | √ 3/2023 | √ 3/2023 | J. HOLOHAN | |
| 67 | LETTER OF 3/8/2023 | √ 3/2023 | √ 3/2023 | ELPIDIO MOJARRO-RAMIREZ | |
| GOV'S 3500 EMRS | AGENTS NOTES | √ 3/2023 | √ 3/2023 | ELPIDIO MOJARRO RAMIREZ | |
| GOV'S 3500 EMRS4 | PHOTOGRAPH OF GERARDO GONZALEZ - VALENCIA | √ 3/2023 | √ 3/2023 | ELPIDIO MOJARO RAMIREZ | |
| GOV'S 3500 EMRI4 | NOTES RE MEETING WITH GOV. | √ 3/2023 | √ 3/2023 | ELPIDIO MOJARO RAMIREZ | |
| 2 | PHOTO SPSS | √ 4/2023 | | SP. AGENT NOVICK | |
| 3 | PHOTOS OF SEIZURE OF COCAINE | √ 4/2023 | | SP AGENT NOVICK | |
| 4 | PHOTOS OF SAMPLE | √ 4/2023 | | SP. AGENT NOVICK | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

GERARDO GONZALEZ-VALENCIA

Civil/Criminal No. 16CR65-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6A | NEWS ARTICLE RELATED TO SEIZURE | √/4/2023 | √/4/2023 | SP. AGENT NOVICK | |
| 7A | NEWS ARTICLE REGARDING A SHOOTING | √/4/2023 | | SP. AGENT NOVICK | |
| 9 THROUGH 23 AND 49 | TRANSLATIONS OF WIRETAP COMMUNICATIONS | √/4/2023 | | SP. AGENT NOVICK | |
| 24 | PINS AND SCREENINGS | √/4/2023 | | SP. AGENT NOVICK | |
| 25 | PHOTO OF ABIGAIL | √/4/2023 | | SP. AGENT NOVICK | |
| 26 | PHOTO OF MEMBERS OF THE CUINIS | √/4/2023 | | SP. AGENT NOVICK | |
| 27 THROUGH 35 | PHOTOS OF ABIGAIL | √/4/2023 | | SP. AGENT NOVICK | |
| √2 | STATEMENT OF FACTS OF PLEA BY JOSE GONZALEZ-VALENCIA | √/4/2023 | | SP. AGENT NOVICK | |
| 36 | TRAVEL RECORDS | √/4/2023 | | SP. AGENT NOVICK | |
| 36A | TRANSLATED FORM OF TRAVEL RECORDS | √/4/2023 | | SP. AGENT NOVICK INVESTIGATOR SMITH | |

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

vs.

GERARDO GONZALEZ VALENCIA

Civil/Criminal No. 16cr65-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 37 | TRAVEL RECORDS FOR DEFENDANT FROM GOV. OF URUGUAY | 5/4/2023 | 5/4/2023 | SP. AGENT NOVICK | |
| 37A | TRANSLATION OF TRAVEL RECORDS | | | SP AGENT NOVICK INVESTIGATOR SMITH | |
| 38 | TRAVEL RECORDS FOR DEF. FROM GOV OF BOTSWANA | | | | |
| 38A | TRANSLATION OF TRAVEL RECORDS | | | | |
| 39 | MEXICAN PASSPORT FOR DEF. | | | | |
| 40 | TRAVEL RECORDS FOR DEF 4/2013 — 12/2013 | | | SP. AGENT NOVICK — INVESTIGATOR SMITH | |
| 16 | TRANSCRIPT OF INTERCEPTED COMMUNICATIONS DEF JC 7/5/2013   SILVERIO | | | SP. AGENT NOVICK, INVESTIGATOR SMITH | |
| 41 | EXPORT LOG FOR GAME THAT WAS HUNTED | | | | |
| 17 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL 8/2/2013 | | | | |
| 49 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL 9/13/2013 | | | | |

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

GERARDO GONZALEZ-VALENCIA

Civil/Criminal No. 16CR65-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 18 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL 6/26/2013 | 5/4/2023 | 5/4/2023 | SP AGENT NOVICK | |
| 19 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL | 5/4/2023 | | | |
| 20 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL 7/18/2013 | 5/4/2023 | | | |
| 21 | INTERCEPTED COMMUNICATION BETWEEN ABIGAEL AND JOSE 6/18/2013 | | | | |
| 23 | INTERCEPTED COMMUNICATION BETWEEN MENCHO AND BRAND 10/30/13 | | | | |
| 42 | PHOTO OF BROKEN PHONE | | | | |
| 43 THROUGH 47 | PHOTOGRAPHS OF DEF'S ARREST | | | | |
| 43 | FRAUDULENT VOTER CARD OF DEF | | | | |
| 44 | MEXICAN PASSPORT AND FRAUDULENT PASSPORT OF DEF | | | | |
| 45 | BIRTH CERTIFICATE | | | | |

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 16 CR 65-01

GERARDO GONZALEZ-VALENCIA

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 46 | BIRTH CERTIFICATE OF DEF FROM CALIFORNIA | 7/4/2023 | | SP. AGENT NOVICK | |
| 47 | PHOTOGRAPHS OF DEFENDANT AND FAMILY AT THE HUNT | 7/4/2023 | | | |
| 48A | NEWS ARTICLE RE THREAT TE MINISTER'S LIFE | 7/4/2023 | | | |
| 21 | INTERCEPT BETWEEN ABIGAEL AND JOSE GONZALEZ-VALENCIA | 7/4/2023 | | | |
| 12 | LINE 23 - MESSAGE FROM BOSS | 7/4/2023 | | | |
| 11 | INTERCEPTED COMMUNICATION LINE 14, LINE 17, LINE 21-30 6/27/2013 | 7/4/2023 | ✓ | SP. AGENT NOVICK INVESTIGATOR SMITH | |
| DEF 17 | INVESTIGATOR SMITH'S RESUME | 7/4/2023 | | INVESTIGATOR SMITH | |
| 10 | TRANSCRIPTION OF BLACKBERRY MESSENGER - ABIGAEL AND SOY 4/11/2013 | 7/4/2023 | | INVESTIGATOR SMITH | |
| 13 | MESSAGES BET DEF AND ESCORPION 6/16/2013 | 7/4/2023 | | | |
| 14 | MESSAGE BET MAO AND ESCORPION 6/16/2013 | 7/4/2023 | ✓ | | |

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

GERARDO GONZALEZ-VALENCIA

Civil/Criminal No. 16 CR 65-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 8 ✓ | TRANSCRIPTION OF BLACKBERRY MESSENGER - 7/10/2013 | 5/4/2023 | 5/4/2023 | INVESTIGATOR SMITH | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
GERARDO GONZALEZ-VALENCIA

Civil/Criminal No. 16 CR 65-01

FILED

MAY - 4 2023
Clerk, U.S. District Courts
Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3500-ONV ✓1 | PROFFER NOTES - DATED 12/14/2022 AT 11:25 AM EASTERN | ✓ 2/2023 | ✓ 2/2023 | OSCAR NAVA VALENCIA | |
| 3500-ONV ✓2 | PROFFER NOTES - DATED 12/14/2022 | ✓ 2/2023 | ✓ 2/2023 | OSCAR NAVA VALENCIA | |
| 3500-ONV 30 | MEETING NOTES | ✓ 2/2023 | ✓ 2/2023 | OSCAR NAVA VALENCIA | |
| 3500 ONV 44 | MEETING NOTES | ✓ 2/2023 | ✓ 2/2023 | OSCAR NAVA VALENCIA SP AGENT NOVICK | |
| 3500-ONV 62 | PROFFER NOTES | ✓ 2/2023 | ✓ 2/2023 | OSCAR NAVA VALENCIA SP AGENT NOVICK | |
| 3500-ONV 12 | MEETING NOTES | ✓ 3/2023 | ✓ 3/2023 | OSCAR NAVA VALENCIA | |
| 3500-ONV 31 | MEETING NOTES | ✓ 3/2023 | ✓ 3/2023 | OSCAR NAVA VALENCIA | |
| 3500-ONV 32 | MEETING NOTES | ✓ 3/2023 | ✓ 3/2023 | OSCAR NAVA VALENCIA | |
| 22 | TRANSCRIPT OF 1-20-15 TRIAL USA - FRANCISCO COLORADO-CESA | ✓ 3/2023 | ✓ 3/2023 | | |
| ✓8 | TRIAL TRANSCRIPT OF TRIAL USA V. JOSE TREVINO, et al. 4/15/2013 | ✓ 3/2023 | ✓ 3/2023 | | |
| ✓1 | COPY OF LETTER FROM MS. SAHNI TO MR. BEST | ✓ 3/2023 | ✓ 3/2023 | | |

| | | |
|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 16CR65-01 |
| Defendant ☑ | GERARDO GONZALEZ-VALENCIA | |
| Joint ☐ | | **FILED** |
| Court ☐ | | |

MAY − 4, 2023

Clerk, U.S. District and
Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3500 JMGV-3 | TRANSCRIPT OF SENTENCING OF A ZETA | √ 3/2023 | √ 3/2023 | JOSE MARIA GUIZAR-VALENCIA | |
| 16 | MR. HOLOHAN'S RESUME | √ 3/2023 | | J. HOLOHAN | |
| GOV'S 1-52 | SERIES OF BLACKBERRY TEXT MESSAGES (EXH-18, 19, 17, 49, | √ 3/2023 | √ 3/2023 | J. HOLOHAN | |
| 34 | STIPULATION OF DEF'S RELOCATION TO ARGENTINA AND URUGUAY AND OUTSIDE MEXICO | √ 4/2023 | | SP. AGENT NOVICK | |
| GOV'S 11 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL | √ 4/2023 | | SP AGENT NOVICK | |
| 30 | PHOTOGRAPH TAKEN OF BLACKBERRY THAT REFERS TO SILVERIO | √ 4/2023 | | SP AGENT NOVICK | |
| 9 | PHOTOGRAPH OF THE INSIDE OF DEF'S CONVENIENT STORE | √ 4/2023 | √ 4/2023 | INVESTIGATOR SMITH | |
| 10 | PHOTOGRAPH OF FRONT OF CONVENIENT STORE | √ 4/2023 | | INVESTIGATOR SMITH | |
| √9 | LETTER FROM THE GOVERNMENT TO DEFENSE COUNSEL PURSUANT TO BRADY | √ 4/2023 | | INVESTIGATOR SMITH | |
| GOV'S 18 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ABIGAEL 6/26/2013 | √ 4/2023 | √ 4/2023 | ↓ | |

UNITED STATES OF AMERICA

VS.

GERARDO GONZALEZ VALENCIA

Civil/Criminal No. 16cr65-01

| | Checkbox |
|---|---|
| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| GOV'S 20 | INTERCEPTED COMMUNICATION BETWEEN DEF AND ALLEGED 7/18/2013 | 5/4/2023 | 5/4/2023 | INVESTIGATOR SMITH | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |