UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 16-CR-65 |
| ) | |
| GERARDO GONZALEZ-VALENCIA, ) | |
|    also known as "Lalo," "Flaco," "Silver," ) | |
|    "Silverio," "Eduardo," and "Laline," ) | |
| ) | |

**JOINT MOTION TO CONTINUE BRIEFINGS DEADLINE**

The United States of America and Defendant Gerardo Gonzalez-Valencia, by and through undersigned counsel, respectfully move the Court for an extension of the supplemental sentencing briefing deadlines.

On April 25, 2023, the Court entered a Minute Order directing the government to submit a supplemental brief in aid of sentencing by June 2, 2023; the defendant to submit a response by June 16, 2023; and the government to submit a reply by June 23, 2023.

The government received the final transcript from the evidentiary hearing on May 19, 2023. Therefore, the parties ask that the deadlines be extended as follows: the government to submit a supplemental brief in aid of sentencing by June 16, 2023; the defendant to submit a response by June 30, 2023; and the government to submit a reply by July 12, 2023. The sentencing hearing is scheduled for July 21, 2023.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | MARLON COBAR, Acting Chief |
| Brown Rudnick LLP | Narcotic and Dangerous Drug Section |
| Stephen Best | Criminal Division |
| 601 Thirteenth Street, NW | United States Department of Justice |
| Suite 600 | |
| Washington, DC 20005 | /s/ *Kate Naseef*_____ |
| 202-536-1732 | Kate Naseef |
| sbest@brownrudnick.com | Kirk Handrich |
| | Trial Attorneys |
| The LS Law Firm | Kaitlin Sahni |
| Lilly Ann Sanchez (admitted *pro hac vice*) | Acting Assistant Deputy Chief |
| Four Seasons Tower, Suite 1200 | Narcotic and Dangerous Drug Section |
| 1441 Brickell Avenue | Criminal Division |
| Miami, FL 33131 | United States Department of Justice |
| 305-503-5503 | Washington, D.C. 20530 |
| lsanchez@thelsfirm.com | 202-514-0917 |
| | kate.naseef@usdoj.gov |
| Counsel for the Defendant | |
| | Counsel for the Government |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the Defendants, this 22nd day of May, 2023.

                                  By:      /s/ *Kate Naseef*
                                            Kate Naseef
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            U.S. Department of Justice