# **<u>EXHIBIT D</u>**

|   |   |
|---|---|

1        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS
2                SHERMAN DIVISION

3   UNITED STATES OF AMERICA,            §
                                         §
4                Plaintiff,              §   Case No.:
                                         §   4:11-cr-00079-15
5        vs.                             §
                                         §   Volume 1
6   HUGO CESAR ROMAN-CHAVARRIA,          §   Page 1 - 293
                                         §
7                Defendant.              §

8


9            TRANSCRIPT OF SENTENCING HEARING
        BEFORE THE HONORABLE SEAN D.  ORDAN
10            UNITED STATES DISTRICT JUDGE

11        Wednesday, August 4  2021; 9:05 a.m.
                    Plano, Texas

12


13   APPEARANCES OF COUNSEL:

14   FOR THE UNITED STATES:

15    Ernest Gonzalez
      Colleen Elizabeth Bloss
16    U.S. ATTORNEY'S OFFICE - Plano
      101 East Park Boulevard Suite 500
17    Plano, Texas 75074

18   FOR THE DEFENDANT:

19    Micah Shawn Belden
      MICAH BELDEN
20    711 N  Travis
      Sherman, Texas 75090

21


22        *******************************************

23            GAYLE WEAR, RPR, CRR
        Federal Official Court Reporter
24            7940 Preston Road
        Plano, Texas 75024
25             214.872.4867

PROTECTED MATERIAL

```
1    ALSO PRESENT:

2    Agent Richard Clough
     Agent Daniel Padilla
3    Patrick Madrigal, Litigation Tech

4    Patricia Doerr, Legal Assistant
     Gilberto Torrez, Investigator
5
     Nikki Gray, Probation
6    Courtney Matheny, Probation

7

8                          *    *    *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PROTECTED MATERIAL



```
19          The government can call its next witness.
20          MR. GONZALEZ:  The government calls -- the
21   government calls Jose Maria Guizar Valencia.
22          (Pause in the proceedings.)
23          THE COURT:  Let's have Mr. Guizar Valencia sworn.
24                  (Witness sworn.)
25          THE COURT:  You can be seated.
```

1    Mr. Gonzalez, you can begin when you're ready.

2    MR. GONZALEZ:  Thank you, Your Honor.

3    JOSE MARIA GUIZAR VALENCIA,

4    first having been duly sworn by the courtroom deputy

5    testifies under oath as follows:

6    DIRECT EXAMINATION

7    BY MR. GONZALEZ:

8    Q.    Sir, would you please state your full name for the

9    Court and the record.

10   A.    Jose Maria Guizar Valencia.

11   Q.    Do you go by any other name?  Or do you have any

12   aliases?

13   A.    Carlos and Zeta -- Z-43.

14   Q.    Are you also known as Carlitos, Carlos or Z-43?

15   A.    Excuse me?

16   Q.    Are you also known as Carlitos, Carlos, or Z-43?

17   A.    Yes.

18   Q.    And you are a high-ranking member of the Zeta cartel.

19   A    Yes, I am.

20   Q.    And were you in fact in the top tier of the Zeta

21   cartel?

22   A.    Yes.

23   Q.    And in regards to your position in the Zeta cartel, you

24   were in the top tier along with Heriberto Lazcano Lazcano,

25   Miguel Trevino, Omar Trevino, and Ivan Velasquez Caballero;

PROTECTED MATERIAL

1  correct?

2  A.    Yes, sir.

3  Q.    And you are a United States citizen?

4  A.    Yes, Your Honor.

5  Q.    And you were -- what's the highest level of education

6  that you have attained?

7  A.    High school.

8  Q.    And you are pending charges here in th  Eastern

9  District of Texas; correct?

10  A.    Yes.

11  Q.    What types of charges are you pending?

12  A.    Well, it is my understanding that there's another

13  proceeding in Laredo, Texas.

14  Q.    So you have charges both in the Eastern District as

15  well as the Southern District; correct?

16  A.    Yes.

17  Q.    And that's for the distribution of cocaine.

18  A.    Yes

19  Q    How is it that you got involved in the distribution of

20  cocaine?

21  A.    After the death of my older brother, I moved to

22  Veracruz, and that's where I got involved with the Zetas.

23  Q.    When your brother passed away, was there a debt owed to

24  the cartel?

25  A.    Yes.  My older brother had a debt to a man known as La

1    Chispa.

2    Q.     And because of that debt of your brother, you got

3    involved to try to pay off that debt.

4    A.     Yes.  I went to collect the debt, and that's when I

5    started to get involved with the Zetas.

6    Q.     And again that's when Lazcano Lazcano was in charge of

7    the Zetas.

8    A.     That is true.

9    Q.     And you became or you were given certain

10   responsibilities in the Chiapas Gua emalan region.

11   A.     Yes, sir.

12   Q.     What responsibilities were you given?

13   A.     To buy all of the kilos of cocaine in Guatemala for the

14   Zetas.

15   Q.     And did you have other individuals working with you to

16   accomplish that task?

17   A.     Yes, William De Jesus Torres Solorzano.

18   Q.     And is that Comandante W.?

19   A      That is true.

20   Q.     What about Overdick?  Horst Overdick?

21   A.     Overdick and other Guatemalans.

22   Q.     And were Comandante W. and Overdick purchasing all the

23   cocaine that made it to Guatemala in order to deliver it to

24   you and the Zetas?

25   A.     Yes.  They would send it to him at the border of

JMGV00000035

```
 1   Coahuila with the United States.
 2   Q.    The drugs would arrive from Guatemala, and from there
 3   would then be shipped to the border; correct?
 4   A.    Yes, that's how it happened.
 5   Q.    And you were communicating directly with Miguel and
 6   Omar Trevino?
 7   A.    Yes.  I was always with 40, in the same truck.
 8   Q.    And 40 is Miguel Trevino.
 9   A.    Miguel Trevino Morales, Z-40.
10   Q.    And once you entered this organization, you became
11   familiar with the structure; correct?
12   A.    Yes --
13   Q.    And you became familiar with the military camps that
14   they operated.
15   A.    -- with Lazcano, with 40, with 42.
16   Q.    And you became familiar with the military camps they
17   were operating; correct?
18   A.    Yes  yes.  Omar and 40 liked to go there and train.
19   An  sinc  I was always with them, that's how I got involved
20   in that.
21   Q.    And you, yourself, attended these training camps?
22   A.    Yes.  I went to train with them, with all of them.
23   Q.    What kind of training did you receive at these camps?
24   A.    Sniper shooting.  Getting out of trucks.  Breaching
25   homes.  How not to crash against each other.  How to place
```

1    each other so that we wouldn't shoot each other.

2    Q.    Was this live ammo training?

3    A.    Real ammo with R-15 and R -- AK-47s.

4    Q.    And when you say *cuerno de chivo*, are you referring to

5    extended magazine ammunition?  Magazines?

6    A.    When I refer to cuerno de chivo, I mean AK-47s.

7    Q.    So those were the firearms that were being used at

8    these particular camps.  Where were those firearms being

9    purchased?

10   A.    Yes.  All those arms were supplied by Poncho Cuellar

11   and the defendant that is sitting right here.

12   Q.    And the defendant that is sitting right here, you said

13   "Vecino," is that the name you know about?

14   A.    Yes.  I met him in the State of Coahuila, the Cinco

15   Manantiales.  It's a border on -- in Texas, Eagle Pass.

16   Q.    And was the defendant that you've identified as Vecino,

17   was he partners with Poncho Cuellar?

18   A.    Yes.  He is a partner and right-hand man.  He is one of

19   the closest people to him.  I can identify him very well.

20   It's him.

21   Q.    Now, we'll come back to the defendant here in a bit.

22         So you worked closely with Comandante W. and

23   Overdick; correct?

24   A.    Yes, that's true.

25   Q.    And you had other people that were working beneath you

JMGV00000037

1    that you supervised.

2    A.    Yes.

3    Q.    And in regards to the quantities of cocaine that were

4    being smuggled in from Guatemala, what quantities were

5    Overdick and Comandante W. getting there in Guatemala?

6    A.    Between 1500 to 3,000 kilos.  I couldn't tell you

7    around how often because it was -- it was a lot of work.

8    Q.    And all of those drugs were being sent through the

9    border for importation to the United S ates?

10   A.    Yes.  A large portion of those wer  delivered.  The

11   greater part of them were of th  better clients of

12   Omar Trevino and Zeta -- Z-42.  And since they were his

13   preferred ones, those ar  the ones who got the most kilos.

14   Q.    When you say they were the preferred ones, are you

15   referring to the defendant and Mario Poncho Cuellar?

16   A.    Poncho Cuellar and El Vecino.

17   Q.    And they were the ones that were preferred by 40 and 42

18   because of the quantities that they were distributing.

19   A     Because of the quantities.  Because they were the ones

20   who were distributing the most drugs here in Texas.

21   Q.    And you were present and you were with 40 and 42, so

22   you got to see that and hear that from them.

23   A.    Yes, of course.  And I saw it.

24   Q.    Now, when the Zetas first started, they were the

25   security arm for the Gulf cartel; correct?

PROTECTED MATERIAL

```
 1    A.    Yes.  They were the armed part of the Gulf, but they
 2    were the executioners.
 3    Q.    And then they went off on their own and became their
 4    own cartel.
 5    A.    Yes.  Lazcano opted to separate, and he made his own
 6    cartel.
 7    Q.    And then that's when Miguel Trevino is elevated to
 8    being one of the top commanders.
 9    A.    Yes.  Actually, he became the top because Lazcano was
10    already taken, and he took all the    rritory.
11    Q.    So Lazcano may have been  he boss as a figurehead, but
12    really Miguel Trevino operated the Zeta cartel.
13    A.    He was the one who gave the orders, who put people in
14    charge and then took out people in charge.
15    Q.    Okay.  And could anyone communicate with Miguel
16    Trevino?  Or did you have to be pretty high up in the
17    organization in order to do that?
18    A.    You had to have a place of honor to be able to speak
19    wi h him
20    Q.    And you indicated that initially they had put you in
21    the Chiapas, Guatemala, area; correct?
22    A.    Yes.
23    Q.    And that was because of your contacts in Guatemala?
24    A.    Yes.
25    Q.    Were you familiar with the drug traffickers who were
```

1    operating in Guatemala when you first started there?

2    A.    Yes, that's true.

3    Q.    Do you remember an individual by the name of "Juan Jose

4    Leon" or "Pacho Leon"?

5    A.    Yes.  I met him in person.

6    Q.    Who is Poncho Leon?  Who is Juan Jose Leon, or Poncho

7    Leon?

8    A.    Poncho Leon was one of the top -- he w s the top narco

9    trafficker in Guatemala in 2000 -- 2007  - 2005 to -- until

10   the day he was killed in 2008.

11   Q.    And who killed Poncho Leon?

12   A.    Miguel Angel Trevino Morales killed him personally.

13   Q.    And were you there for that particular killing?

14   A.    I went to one of the meetings because they were going

15   to come up with a pric  f r -- a price for the kilos.  And in

16   that meeting  Miguel stood up and killed him.

17   Q.    So he had called the meeting with this other Guatemalan

18   narco to set a price.

19   A     Yes.  It was a peaceful meeting to set a price.  And he

20   changed his mind in the meeting and stood up and killed him.

21   Q.    And you were present.

22   A.    Yes.

23   Q.    And after -- how many people were killed in that

24   particular meeting?

25   A.    Of ours, there were about seven.  And of theirs, about

JMGV00000040

1    twelve.

2    Q.    And did you and Miguel Trevino have to go into hiding

3    for that reason?

4    A.    Yes, because the U.S. government knew that we were

5    there and they knew that Miguel Angel Trevino Morales was

6    there.  So they knew that we were there.

7    Q.    And having been in that area and worked in that area,

8    were you also aware that Miguel Angel Trevin  had corrupted

9    the government of Guatemala?  The president specifically?

10   A.    Yes.  At the highest levels, even the president.

11   Q.    And did Miguel Angel Trev no believe that he could kill

12   with impunity there in Guatemala?

13   A.    Yes.  He moved aro nd like a politician with armored

14   vehicles and with a caravan.

15   Q.    And did he under stimate the outcry after the killing

16   of Poncho Leon in Guatemala?

17   A.    Yes.  Yes, he stayed there and he didn't want to leave

18   since he had everything paid for.

19   Q     But did the government continue to support him?

20   A.    Well, more or less.

21   Q.    And were you a part of, or were you aware how much

22   money was being paid to the former president of Guatemala?

23   A.    Yes.  They gave me the order to pay $24 million to the

24   campaign, the political campaign, of Alvaro Colom.

25   Q.    And what was that $24 million supposedly going to buy

1    the Zeta cartel in Guatemala?

2    A.    Well, the deal was to get out containers, to unload

3    containers that came from Colombia that were filled with

4    cocaine.  And if he won the presidency with those funds, that

5    they would be able to work -- we would be able to work in

6    Guatemala with no problems -- airports, with flights, with a

7    flight plan, customs agents that were bribed -- to work with

8    no problems and to move around as if we were politicians with

9    permits and everything.

10   Q.    And as politicians, you were not -

11   A.    With weapons and everything   They gave us, actually,

12   effectively, they gave us 50 permits for -- as citizens, as

13   Guatemala citizens, as G atemalans, and to move around freely

14   with permission with arms permits.  So that if we were

15   stopped by the law, we could just show our permits and they

16   would let us go.

17   Q.    And did that all change once this killing occurred?

18   A.    Yes   President Alvaro Colom sent a message to Z-40

19   th ough   man named "Manuelito," and told him to go and hide,

20   into hiding, until the country calmed down.

21   Q.    And that is what you did; correct?

22   A.    Yes.

23   Q.    And then was there another massacre that occurred in

24   Guatemala that caused problems for the cartel in Guatemala?

25   A.    Yes.  The murder of 49 people in a ranch.

```
 1              MR. GONZALEZ:  Can we have Government's Exhibit's
 2    81-001 through 81 -- please.  The Guatemala.  Sorry, next.
 3    BY MR. GONZALEZ:
 4    Q.    Is this the massacre that you were referring to wh re
 5    some farm workers were killed by Zeta members?
 6    A.    Yes.  I saw it on the news.  I was actually in the
 7    State of Coahuila.
 8    Q.    Were you present with Miguel Angel Tre ino when he gave
 9    the order for this to happen?
10    A.    Yes.
11    Q.    And not only was there vi lence in foreign countries in
12    Guatemala, but there was violence in Mexico.  Are you
13    familiar with the killing of an SSI Agent, Special Agent, in
14    Mexico?
15    A.    Yes, yes.  Pepit  Zarabia gave the order.  He's
16    somebody from the Zetas.  He is the child's father --
17    godfather of Trevino Morales.
18    Q.    And that was an ambush of a special agent in Mexico;
19    co rect?
20    A.    Yes, yes.  I saw that on the news, but -- yes, but I
21    know it was Pepito Zarabia because Lazcano called him to
22    scold him for it, and Z-40, too -- Z-40, also.  And I was
23    there when they scolded him.
24    Q.    Not only was that killing, there was another killing of
25    a jet skier on Falcon Lake.  Are you familiar with that one?
```

```
1    A.     Some American tourists?

2    Q.     Yes.

3    A.     Yes.  In a Lake Falcon?

4           MR. GONZALEZ:  Can we have 81-011, please?

5    BY MR. GONZALEZ:

6    Q.     And do you recognize the individual that's next on the

7    left-hand side?

8    A.     Yes, I recognize him.

9    Q.     Who is he?

10   A.     I know him as The Squirrel, Ardilla.  He's also a

11   member of the cartel that I belong to

12   Q.     And he was held responsible for the killing of this

13   American citizen in this particular lake.

14   A.     Yes.  I knew it through 40 and Lazcano -- I was

15   there -- and 42, that he had killed the tourists.

16   Q.     And being present with Miguel Trevino as you were, how

17   many years were you by his side?

18   A.     I was next to that person for four and a half years of

19   my life, day and night.

20   Q.     And being with him for that period of time, you

21   obviously saw him kill people; correct?

22   A.     Very many people.

23   Q.     If you had to estimate the total number of people that

24   you saw him kill, what would that number be?

25   A.     It is so many that I couldn't give you an estimate.
```

PROTECTED MATERIAL

1    Q.    More than 300?

2    A.    More than 300.

3    Q.    More than 500?

4    A.    It could be.

5    Q.    And --

6    A.    Personally.  Him, personally.  So that he would take

7    the gun, a knife, or some item, sometimes baseball bats.

8    Hangings, draggings, squashing them with tru ks.  All kinds.

9    Q.    Are you familiar with the term that they use in the

10   Mexico cartels as "el guiso," spell d G-U-I-S-O?

11   A.    Yes.  When they would burn the bodies in containers,

12   200-litre containers.

13   Q.    And would the indi iduals be cut apart and put into

14   these drums and then set afire?

15   A.    Without cutting them up, just the whole bodies would be

16   put in there and lit up.

17   Q.    What would they use to burn them?

18   A.    They would mix gasoline with diesel.

19   Q    Why would they mix those two things together?

20   A.    Well, since the cooks were very experienced, they

21   realized that that mixture would help burn the bodies

22   quicker.  It was a process of many years to find out that

23   that was the best combination, the best process to cook them.

24   Q.    And did you personally witness those burnings or those

25   killings?

1  A.    Yes.  Yes, I saw it twice.

2          MR. GONZALEZ:  If we can go to Government's 93,

3  please.

4  BY MR. GONZALEZ:

5  Q.    Here, in Government's 93, it talks about that.  It says

6  Zeta's Z-40 Tops Target List, and then it refers to, it

7  says -- it says that by stuffing them into oil drums, dousing

8  them with gasoline and setting them on fire, a practice known

9  as el Guiso, or the cookout, that that was a common practice

10  used by the Zeta cartel.  Is that a curate?

11  A.    Yes.  That's the method that they would use to

12  disappear the bodies and the government wouldn't find them,

13  with the intention that  here not be any proceedings against

14  the members of the cartel, of the Zetas.

15  Q.    And who were som  of the people that were being killed

16  and disposed of this way?

17  A.    Well, I wasn't in charge of that.  The only times I saw

18  those was because Miguel would go to the cookouts.

19  Q     And when you say "the cookouts," did you have multiple

20  locations, or did the Zeta cartel have multiple locations

21  where this was occurring?

22  A.    Every city had their own kitchen.  Nuevo Laredo,

23  Monclova, Piedras Negras, Allende, Nava.  Every city had

24  their own kitchen to cook their own detainees.

25          Every day they detained people, and people

1    disappeared every day.  It was a horrible war where not a

2    thousand people died, but a hundred thousand people.

3    Q.    And did Miguel Trevino kill people on a daily basis?

4    A.    Daily, yes.

5    Q.    And by different means, as you just said, by machete,

6    by knifing, by bullet, any possible means possible.

7    A.    He was a person who had no emotion.  He had no emotion.

8    He had no empathy.  He killed people every d y and he

9    experimented.  He was a psychopath.  H  was sick.

10   Q.    What was the most violent way that you saw him kill

11   someone?

12   A.    I saw a case of an 18-year-old girl with her mother.

13   This girl had -- was dating one of the Zeta soldiers and one

14   of the military soldiers   T ey took her to Allende,

15   Coahuila, where these people are from.  They took her behind

16   a hotel and they took off her nose.  First, they killed her

17   mother in front of her because she was taking information to

18   the soldiers as in the movements of the Zetas.

19          And they blew her nose off with an MP5.  Then they

20   hit her on the ears.  They hit her face, her cheeks.  And the

21   girl begged for them to kill her already because it hurt her.

22   And she screamed out of pain.

23          And the mother, who was supposedly dead by that

24   point, got up and went and fought him and said, *dog, leave my*

25   *daughter alone*.  And we all got scared because she was

JMGV00000047

1    supposedly dead.

2           And Miguel Angel Trevino said *Did you see that?*

3    And he put the MP5 -- put it in automatic and shot her to see

4    what would happen.  And she fell.  At this point, he kept on

5    playing with the girl, shooting her in the legs.  She was

6    screaming for them to just take her life.

7           And Miguel, instead of feeling empathy  r sadness,

8    despite from seeing a person like this, he w s showing off to

9    all of us that he had really good aim.  He had a hard time

10   empathizing with people.  He has no  motion.

11          And the girl fell to the ground and she said *I*

12   *can't move anymore.*  And he was yelling at her, telling her

13   to stand up.  And when the lady tried to stand up and she

14   tried to push herself up and say *I can't get up any more.*

15   *Please just kill me.  I can't do it.*

16   Q.    Did he eventually kill her?

17   A.    Yes.

18   Q.    How long did it take?

19   A     She would faint and then she would wake up.  And he had

20   her playing like that for a while.  Until he finally shot her

21   in the head.

22   Q.    And you said that he experimented with ways to kill

23   people.  Did he have doctors working for him?

24   A.    Yes, many, and in all his cities.  They were all

25   corrupt.

1    Q.    They were working for him.  Those were the doctors that

2    would tend to the wounded of his war against the other

3    cartels; correct?

4    A.    Yes, in the war that was in Miguel Aleman, Tamaulipas,

5    against the ones with El Golfo.

6    Q.    He also had them experimenting with them trying to find

7    drugs that would kill other individuals without leaving a

8    trace.

9    A.    Yes.  In an autopsy, the doctors told him that the

10   Botox would not show trace.  It was   ty e of Botox.  I don't

11   know which kind it is.  I don't really understand much about

12   that.

13   Q.    Did he have the do tors experimenting with Botox and

14   injections of Botox to inject individuals so that he could

15   kill people with ut th re being a trace?

16   A.    So that they would die of a heart attack.  And when

17   they were diagnosed, it would diagnose as having died of a

18   heart attack.

19   Q     Did you ever see him experiment on that with live

20   individuals?

21   A.    Yes, with the detainees.  They arrested and detained

22   people all the time for being drunk at the discos.  And he

23   told the chief or the head of the plaza -- his name was "El

24   Flaco 24" -- and he told him to bring -- bring me the one

25   that you don't like the most of the detainees.  And when he

JMGV00000049

1    finally arrived, he injected him under the arm.

2    Q.    And did that individual die immediately?

3    A.    No, no.  He -- he -- he gave him an injection with a

4    large quantity.  And there were a lot of people who were

5    picking him up by the arm.  And he personally injected him

6    because he liked to do them directly personally.  He loved

7    killing people.

8    Q.    And he injected this detainee.  And ho  long did he

9    linger before he passed away?

10   A.    About 40 minutes.

11   Q.    And was he happy that it  as taking that long?

12   A.    Yes.  He would like to see people suffer.  And more

13   than anything, for peopl  who were really close to him, to

14   cause fear and psychosis wit in us so that we would not

15   betray him in the future.  Like giving us a warning that if

16   we were to betray him, that that would happen to us, or

17   worse.

18   Q.    And he was willing to kill just about anyone; correct?

19   A     Any of us.  He would kill all of us.  He was above

20   everybody, at the highest of the highest level.

21   Q.    What about his own personal family members?

22   A.    Miguel's family?

23   Q.    Or his wife's family.

24   A.    Oh, yes.  When he did this experiment with the Botox,

25   he didn't like it, and he called the doctor and he started

JMGV00000050

1    asking questions as to what they could do to make it faster.

2    And before that he had also experimented with another judge

3    from Tamaulipas.  That judge would not release his nephew,

4    Rolis, from the jail, and he had him picked up by Flaco 24.

5    And he did the same experiment of the Botox, but it was more

6    evolved so that he could die quicker, supposedly.

7              After he killed the judge, we all go  dressed as

8    PFP.  He killed the judge in 2009.  And ther  were like seven

9    cloned trucks of the PFP.

10   Q.    When you say "PFP," that's the fed ral police.

11   A.    The federal police people who were assigned by the

12   president, Alvaro Colom.  It was a group that was formed to

13   combat us, the Zetas.

14   Q.    Anyway, so you dress up as them, you have vehicles that

15   are similar to theirs, and what do you do?

16   A.    Yeah.  They were identical.  And we went dressed all

17   the way to Reynosa, Tamaulipas.  Because Zetas, we already

18   had problems with the Gulf, and we went dressed that way so

19   th t the ones from El Golfo would not stop us.  They were our

20   mortal enemies.

21              Arriving there, he arrived to a family member's

22   home and busted in.  And they all stayed.  There were around

23   80 people of us that were dressed like PFP.  And he gave us

24   the order of the ones that were closest to him to go into

25   that home.

1          And in the house there were a lady, and a man in

2    a -- the wheelchair.  A 50-year-old woman.  The man was about

3    58 or 60.  The man couldn't move.  He couldn't even speak.

4    He was very sick.  The lady was put into a room and the door

5    was closed.  And they left me taking care of the man in the

6    wheelchair.

7          But during one of those moments, they opened the

8    door and I had the temptation to look in.  And I heard the

9    lady say, *don't do it.  My daughter is going to notice*.  But

10   I didn't know what she was talking a out   And they grabbed

11   her between seven men, and he injected her with Botox under

12   the armpit.  They laid her in the bed and they left her

13   there, and we walked out

14          The next day, they sent us to buy black clothes.

15   So he told me to buy black clothes and to take a -- and take

16   a bath.  That was when we woke up from sleeping in a ranch

17   that we were sleeping in.  I did what I was told.  I took a

18   shower and I dressed in black, and he did, too.

19          And then we went to a house where the lady was

20   there crying and crying saying, *Miguel, those dogs killed --*

21   *killed him -- killed her*.  She said *those dogs from the PFP*

22   *killed my mother*.  And Miguel faked that he didn't know what

23   they were talking about.

24          MR. BELDEN:  Your Honor, may we approach?

25          THE COURT:  Yes.  Stand by.

PROTECTED MATERIAL

```
 1              (Sidebar discussion begins.)

 2          MR. BELDEN:  Yes.  One of the Court's interpreters,

 3   because she keeps interpreting assassins as "men," and we're

 4   not very comfortable with the interpretation.

 5          THE COURT:  She is the government's interpreter,

 6   but she has been sworn.  Do you have a problem with her

 7   interpretation?

 8          MR. BELDEN:  Well, I keep hearing "assas ins."

 9          MR. GONZALEZ:  I speak perfec  Spanish, and I don't

10   have a problem with her interception

11          MR. BELDEN:  But she's say ng "assassins," and it's

12   coming back as "men."

13          MR. GONZALEZ:  I did 't hear that.

14          THE COURT   Is that the only --

15          MR. BELDEN:  Yeah.

16          THE COURT  -- issue you had?

17          MR. BE DEN:  Yeah.

18          THE COURT:  Okay.

19          MR. BELDEN:  I was just making sure that if she's

20   sworn and qualified, I just don't want -- I certainly don't

21   want my guy coming back on a writ saying that I didn't -- if

22   she is a federally certified interpreter, that's --

23          MR. GONZALEZ:  She's interpreted before, yes.

24          MR. BELDEN:  Okay.

25          MR. GONZALEZ:  Like I said, I speak perfect
```

PROTECTED MATERIAL

1    Spanish.  I haven't seen any flaw in her interpretation.

2              THE COURT:  Okay.  If there is anything else that

3    comes up -- but she's been sworn.  It seems as though it's

4    going fine.

5              MR. BELDEN:  Okay.

6              *(Sidebar discussion concludes.)*

7              THE COURT:  All right.  Mr. Gonzalez, y u can

8    continue.

9    BY MR. GONZALEZ:

10   Q.    You were saying that the woman  or Miguel Trevino's

11   wife, was accusing the PFP of k lling this woman?

12   A.    Yes.

13   Q.    Did you ever find  ut who that woman was to Miguel

14   Trevino's wife?

15   A.    The wife must not know until now.  I didn't know what

16   woman that they were talking about until I looked and I saw

17   that it was the same woman that they had injected.  And I saw

18   there that it was her very own mother-in-law that had been

19   mu dered

20   Q.    It was his mother-in-law.  He had killed his own

21   mother-in-law.

22   A.    The grandmother of his children.

23   Q.    So he had killed his own mother -- his own

24   mother-in-law.

25   A.    That is true.

1  Q.    And was portraying himself as not knowing what had

2  happened to her.

3  A.    Yes, he was pretending.  And the wife was demanding

4  that he kill those of the PFP.

5  Q.    Did he ever tell you why he killed his own

6  mother-in-law?

7  A.    He later told me.  And then he told me that if I ever

8  said anything, he would kill me and my family   He said that

9  *if you ever say anything about what you saw today, I will*

10 *kill you and your family.*

11 Q.    And what reason did he gi e you for killing his

12 mother-in-law?

13 A.    The mother-in-law  as doing the role of a mother-in-law

14 and told the children not to get in the car with their father

15 because the government wa  after their father.  And he was

16 afraid that if the soldiers stopped him in the middle of the

17 Nuevo Laredo and they wanted to shoot him, and because the

18 children were with their father, that they would get shot and

19 mu dered -- and killed, too.

20 Q.    So she was trying to be a good grandmother to his kids

21 and protect them.

22 A.    Yes, that is the way of it.  They told -- she told the

23 children not to say anything to their father.  But since this

24 five-year-old child Alfonso was very small, he told his

25 father that the grandmother had said that, and he -- this guy

PROTECTED MATERIAL

```
 1    got really mad.  And when he heard this, that's when he
 2    started to orchestrate this malicious thing.
 3    Q.    And is that the way Miguel Trevino operates?  When you
 4    cross him, he kills you.  When you don't do what he says, he
 5    kills you.  When you have something that he wants and you
 6    won't give it to him, he kills you.  When you have something
 7    that he wants and you won't sell it to him at the price he
 8    wants to pay you, he'll kill you.
 9    A.    Even if I was at a party and I w s better dressed than
10    him, he would plan to kill me.
11    Q.    And he was --
12    A.    You had to be very careful with that.
13    Q.    And he was also --
14    A.    He is a very dysfunctional person.
15    Q.    And he was also int  horse racing; correct?
16    A.    He loved it.
17    Q.    And when his horses under-produced or under -- didn't
18    do well, what would he do with those horses?
19    A     He would take them out of their corrals and he would
20    run over them with their trucks, with the bulletproof trucks,
21    and go over them and over them and then play with them that
22    way until they died.
23            He would kill people all day.  And he didn't have
24    no -- he had no respect for human life, and worse with
25    animals.
```

237

```
1    Q.    Let me bring you to May -- I'm sorry, March 20th, 2011,
2    Allende, Mexico.
3    A.    Excuse me?
4    Q.    March 20, 2011, Allende, Mexico, the massacre that
5    occurred there.  Were you there with him?
6    A.    Yes, Your Honor.
7    Q.    And why did that massacre occur?
8    A.    Because they had detained Poncho Cuell r here in Eagle
9    Pass, Texas.
10   Q.    And did he pick up anyone that was associated with
11   Mario Poncho Cuellar, or Poncho Cuellar?
12   A.    Excuse me?
13   Q.    Did he pick up the individuals -- any individual that
14   was related to, or friends with, Mario Poncho Cuellar?
15   A.    Yes, even the friends of his children from school.
16   Q.    And were they taken to a location to be interrogated?
17   A.    Well, I saw one.  But days before that, Omar Trevino,
18   Z-42, had already killed several people related to Poncho
19   Cu llar.  Neighbors.  Where the wife went to the gym, the
20   owners of the gym.  Where Poncho Cuellar would go to a
21   restaurant, the owners of that restaurant.  The owners of the
22   place where the wife would go buy clothes.  Anything that had
23   anything to do with Poncho.  This a lot of innocent people.
24   And I was witness to one of those tragedies.
25   Q.    What was it that you saw?
```

PROTECTED MATERIAL

A.    In the football field, it was around -- it was 9:00
p.m., there were about -- there were many Zeta trucks, about
30.  Around 80 to a hundred Zetas with vests and long arms,
there were a lot of them walking up and down.  And there were
about 20 blindfolded people in line, all standing:  Owners of
the gym; owners of restaurants; friends of the sons of
Poncho; his friends from school.  Miguel was telling me this
with the paper in the truck.  He was saying, *there s*
*everything here, Carlitos, friends and everything.*

     He's always taking advantage of the situation to
cause a psychosis between us.  There were women.  At a
distance, I could see kids that were 15, 20-years old.  I
couldn't see very well.  They were at a distance from here to
that big TV.  It was a long line of blindfolded people and
everything.  And they were questioning them and investigating
them about Poncho Cuellar's family, about his wife, the
children, about Poncho, family members of Poncho.  And, well,
the people would defend themselves by saying they were just
cl ents from the gym or the restaurants.

     And since Miguel didn't realize that they really
didn't have any good information for him, he just told --
Miguel told his brother, Omar, *kill them all*.  And when
people heard that order, they started to cry and to scream.
*Please, we have nothing to do with Poncho.  Don't kill us,*
*please.  I have a family.  I have kids*.  And they would hug

PROTECTED MATERIAL

1    each other, lay on the ground.  And Omar would give them the

2    orders to *lift them up, lift them up.*  Commander Peluchin,

3    20, would pick them up.  They would pick them up.  And they

4    would cry, they would hug each other.  They would lean on

5    each other emotionally.

6    Q.    And did he kill them?

7    A.    All of them.  He had to reload his -- his firearm

8    twice.  There were so many that he had to reload it twice.

9    Q.    And that was because they were in some way connected to

10   Poncho Cuellar?

11   A.    Yes, that's true.

12   Q.    And did you also see the destruction of the property

13   belonging to Poncho Cuellar?  Were they ransacking and

14   destroying the properties th t Poncho Cuellar owned in that

15   area?

16   A.    Yes.  I saw the destruction of one of his ranches and a

17   home in Nava, Coahuila, and a ranch that he had near

18   Zaragoza.  They put it on fire.  And they took all the

19   fu niture out of the house.  Because Poncho Cuellar loved

20   opulence, he had a lot of art, he had a home that was worth

21   over $5 million in Nava, Coahuila.

22          And Omar had several trucks come to pick up the

23   beds and art.  And then he had them bring a machine with a

24   ball and a chain.  And the machine was there for about three

25   days destroying the house.  Miguel would go every day to eat

1   tacos near there, in the street, so that he could monitor the

2   destruction.  They were men of destruction.  He liked to

3   destroy.

4   Q.   All right, Mr. Guizar.  Let's focus back on the

5   defendant here.

6         You said that you were aware, based on your

7   position with the cartel as being one of the top leaders,

8   that he was one of the top producers, he and Poncho Cuellar

9   were the ones that were selling the most cocaine.

10  A.   Yes, they were the preferred  f th  cartel of the

11  Zetas.

12  Q.   Was there ever an occasion where you saw them counting

13  large sums of money?

14  A.   Yes.

15  Q.   Tell us ab ut th t  ccasion where you saw the defendant

16  present and there was counting of large quantities of money.

17  A.   We were in a house in an enclosed area, large area; 40

18  and 42 were there.  Pepito Sarabia was there.  Navia and

19  Papiruchis  And there were many of my cousins and many, many

20  Zetas more.  The house was full.

21         Poncho arrived and Vecino arrived.  They were taken

22  with three trucks.  They left the trucks parked inside

23  because the land was covered with our trucks, with our

24  vehicles.  They set up a table, long line -- a long table

25  like that one, and they set up the money counting machine.

```
 1    There were three or four machines.
 2              And Poncho Cuellar and El Vecino arrived with like
 3    three or four other people, and they started to count money
 4    and we were there all day with Omar.  They labeled all the
 5    packets with W, because that was going to Comandante W.
 6              They were counting the money all day there,
 7    packaging, wrapping them with rubber bands, label them with
 8    2,000, 10,000, 20,000, 50,000, and hundred-thousand
 9    increments.  They would put them in pa kages and seal them.
10              I remember it was between 15 and $21 million
11    dollars.  I'm not quite sure.   don't really remember.  They
12    put it all together there.  They put it all in line and they
13    accommodated it.  They p t it all together.  And Poncho
14    Cuellar told Omar I'm giving you this amount of millions of
15    dollars, Command r 42.  I need you to confirm it.
16              And Omar came up and confirmed and counted the
17    packets.  And he began to add it and to multiply and add it
18    all up.  And Poncho asked Are we in agreement, commander?
19              And he said, yes, it's about 18 or 21 million.  I
20    can't remember what he said.
21    Q.    And did the defendant Vecino help him?
22    A.    Exactly.  He also had a ledger he was writing in.  And
23    that was a debt that they had with Omar Trevino Morales and
24    Miguel for the delivery that they were doing for them, of the
25    tons of cocaine that they were doing for them.  It was a
```

1   payment for the debt that they had with the brothers Trevino.

2   Q.   When you say *they*, you say *they* because the defendant

3   and Poncho Cuellar were partners.

4   A.   Yes, partners.  Yes.  Yes, partners.  And this man was

5   his right-hand man.  This man here was not just any worker,

6   he was one of the closest for people and a partner.  I can

7   identify other people that were just simple workers, but this

8   man I can identify as a person that's very close to him as a

9   partner, a very close partner.  He was a leader of the drug

10  trafficking group that was in charg  of trafficking thousands

11  and thousands of kilos of cocaine from Piedras Negras to

12  different cities in Texas.  He was made partner of Cuellar.

13  He was not just a common worker

14          MR. GONZALEZ:  That's all I have.  I pass the

15  witness.

16          THE WITNESS:  I want to say something.

17          THE COURT:  For the witness, I'm sorry, but you

18  can't provide any testimony unless you're answering a

19  qu stion of Mr. Gonzalez.

20          Mr. Belden, I think we may take a short -- how long

21  do you think you're going to have?

22          MR. BELDEN:  A short break will be fine.  I am

23  going to be a little bit with this guy.

24          THE COURT:  All right.  Because we're at ten to

25  four.  We're going to take about a ten-minute break and we'll

```
 1    come back at four o'clock.
 2              THE COURT SECURITY OFFICER:  All rise.
 3              (Recess taken.)
 4              THE COURT:  Please be seated.
 5              All right.  When we had left off, Mr. Belden, you
 6    were going to begin your cross-examination of Mr. Valencia.
 7    And you can proceed when you're ready.
 8                         CROSS-EXAMINATION
 9    BY MR. BELDEN:
10    Q.    Good afternoon, sir.
11    A.    Good afternoon.
12    Q.    It's undisputed that you're a Zeta at the top of the
13    food chain; is that corr ct?
14              THE COURTROOM DEPUTY:  (Indecipherable.)
15              THE COURT:  Oh  I think you might want that on.
16    BY MR. BELDEN:
17    Q.    It's undisputed that you're a Zeta at the top of the
18    food chain; is that correct?
19    A     Yes, that is true.
20    Q.    You're up -- you're on the same level as the Trevino
21    brothers, Mr. Lazcano; is that correct?
22    A.    That is true.
23    Q.    Did Taliban ever make that level?
24    A.    Taliban, well, he was higher up than I was.
25    Q.    And to be a Z, is it a fair statement that you have to
```

JMGV00000063

1    commit a murder?

2    A.    No.

3    Q.    Okay.  Have you committed any murders?

4    A.    That is a myth.

5    Q.    Okay.  Have you committed any murders?

6    A.    Never.

7    Q.    So is it your statement to the Court that you've just

8    been present as an extremely high-ranking member at all these

9    murders and all these massacres, but you've never

10   participated?

11   A.    Yes, that's true.  I've never participated in killing

12   anybody directly.

13   Q.    Okay.  Have you helped them kill anybody?

14   A.    No.  And I've never even given the order because that

15   was not my role.  My role was to get kilos of cocaine.

16   Q.    And the massacre in Guatemala --

17   A.    And they have their own role.

18   Q.    So you're telling the Court that even if you are a

19   high-ranking, top-level Zeta member, that it's not required

20   that you have murdered anybody or assisted murders when

21   requested?

22   A.    In the cartel of the Zetas, it wasn't that way.  You

23   didn't have to kill anybody to get up that high.  You could

24   show yourself another way.

25   Q.    And in most organized criminal units, you can rise by

JMGV00000064

```
 1   being a good earner; is that correct?
 2   A.    How is that?
 3   Q.    By being a good earner, by making a lot of money for
 4   the organization?
 5   A.    There are very many ways.  One of those ways is that
 6   way.
 7   Q.    Okay.  What are the other ways?
 8   A.    Be a good chief of plaza, know how to handle the
 9   operatives and the police that you pay
10   Q.    Okay.  Basically be a good business manager?
11   A.    Yes.  You could say like   municipal police.
12   Q.    Okay.  And how did you specifically earn your Z?
13   A.    I earned that because of the influences that I had in
14   Guatemala.  I knew the narco trafficking world in Guatemala.
15   Q.    And how long have you been in the narco trafficking
16   business?
17   A.    I started more or less in 2006.
18   Q.    How old were you in 2006?
19   A     Twenty-six years old.
20   Q.    When you say you met Mr. Hugo Chavarria, where did you
21   meet him?
22   A.    Who?
23   Q.    Hugo Roman, the defendant here today.
24   A.    Oh, Vecino.
25   Q.    When did you meet him?
```

JMGV00000065

```
1    A.    More or less in 2009.

2    Q.    And where did you meet him?

3    A.    I met him at the house where they were counting money

4    also, but I had already seen him before.

5    Q.    Okay.  And would it not be logical for even lower-level

6    people to count money when they're dealing with Miguel and

7    Omar Trevino?

8    A.    Wouldn't it be logical to what?

9    Q.    For lower-level people to take detailed accounts of

10   money that they're transferring within the cartel?

11   A.    Miguel Angel Trevino Morales was the one who was

12   writing stuff down.

13   Q.    Okay.  Didn't you say that Vecino was writing things

14   down?

15   A.    Yes.

16   Q.    Okay.  And wouldn't that be wise of him when doing

17   business?

18   A.    Well, in this business accounting is vital, you have to

19   write it down.

20   Q.    Okay.

21   A.    There has to be an accounting.

22   Q.    And if he didn't account for his money properly or if

23   he didn't account for his drugs properly, that could get him

24   killed.

25   A.    I'm confused.  Just a moment.  I didn't understand your
```

1    question.

2    Q.    If he didn't account for his money or drugs properly,

3    that could get him killed.

4    A.    Yes, also it's happened.

5    Q.    And in fact, I mean, you -- many people have reportedly

6    been killed because Z-40 or Z-42 thought they owed him money.

7    A.    Yes.  They kill people left and right.

8    Q.    Okay.  And one of the main reasons is because they

9    think they shorted them money, or stol  money, or there was

10   another problem with the money.

11   A.    Yes, that was one of the  easons, but that wasn't the

12   only reason or the major reason.  There are lots of reasons.

13   Q.    Okay.  And the entire time that you were dealing

14   with -- let me rephrase.

15          How many times would you say you had ran into Hugo,

16   the defendant here, during your time working with the Zetas?

17   A.    I saw him about three times, if not more.  Maybe more.

18   Q.    And has the Zeta cartel always, to your knowledge, been

19   at war with the Sinaloa cartel?

20   A.    When I came in, yes.

21   Q.    Okay.  Are they still at war?

22   A.    As far as I know, yes, but I've been gone for a while.

23   Q.    Okay.  How long have you --

24   A.    If they're still going.  But there was a time in 2007

25   when they had a truce.  The truce lasted around nine months.

JMGV00000067

1    It was in public domain.  That truce was in public domain.

2    Q.    And after nine months they went back to war, and

3    they've been continuously at war, to your knowledge?

4    A.    I don't know how they are now because ever since I've

5    been -- since I've been free, I removed myself.

6    Q.    Okay.  Now, the times you met Mr. Chavarria, are you

7    telling us he was a leader because you saw him counting money

8    and because other people told you this?

9    A.    Because Miguel Angel Trevino Mor les kept on saying

10   that, and Omar, too.  And I was with them all the time.

11   That's why I know it.  That's why I know the hierarchy of

12   this person.

13   Q.    Okay.  They said that Poncho was running all the best

14   drug business in Dallas; is that correct?

15   A.    He was the favorite client of the cartel, the one who

16   distributed the most drugs of all.

17   Q.    And did you ever personally experience any business

18   interactions between Poncho and Hugo, other than the money

19   be ng counted that one time?

20   A.    Another interaction?

21   Q.    As far as business goes.

22   A.    Drug deliveries.

23   Q.    Okay.  And who did you deliver to on that occasion?

24   A.    To Poncho Cuellar, and other workers showed up, and

25   also this individual, too.

Q.    Okay.  You personally delivered that drug load?

A.    Omar and Miguel arrived.  That drug had -- those drugs had just arrived from Guatemala.  And it was delivered to a ranch that was on the outside of Piedras Negras that belonged to -- that was in Piedras Negras.  It was a ranch that belonged to Poncho Cuellar that's right on the outside of Piedras Negras, around 5 kilometers.  We used to go there a lot to sleep, with Miguel, and that's where the delivery was made.

Q.    Okay.  So this ranch was owned by Poncho Cuellar; is that correct?

A.    I don't know if he was the owner or if he rented it.

Q.    Okay.  Now, wouldn't it be logical that if Hugo -- if El Vecino, as you know him, was partners with Poncho Cuellar, that he would have been killed in 2011?

A.    Well, it's my understanding that someone spoke for him.

Q.    Okay.

A.    So that they wouldn't kill him.

        MR. BELDEN:  One moment, Your Honor.

        (Pause in the proceedings.)

BY MR.  BELDEN:

Q.    You're hoping to get a benefit out of your testimony here today; is that correct?

A.    I have the hopes that in the future I can do that, but I have not been offered anything.

PROTECTED MATERIAL

1    Q.    Okay.  Do you have an attorney?

2    A.    Yes, I have an attorney.

3    Q.    And has that attorney explained to you how the federal

4    sentencing process works?

5    A.    Not yet, because he's from McAllen and he hasn't come

6    to see me.

7    Q.    Okay.  Has anyone explained to you how the federal

8    sentencing process works?

9    A.    More or less.

10   Q.    And you understand that if you testify to the benefit

11   of the government, that you can receive a third or half off

12   your sentence?

13   A.    No, I didn't know hat.

14   Q.    Have you met with the government before?

15   A.    Yes.  The prosecutor has gone to see me.

16   Q.    And did he not explain to you how the federal

17   sentencing process works?

18   A.    No, none of that.  He has not offered me any years, any

19   re uction in sentence or anything.

20   Q.    Okay.  Have you pled guilty in this case?

21   A.    I'm guilty, just as this person here is guilty, of the

22   crimes that I've committed outside.

23   Q.    Okay.  And but have you legally entered a plea in this

24   case?

25   A.    Yes.  By declaring these facts that I've participated

1   in, I am declaring myself guilty.

2   Q.   Okay.  Now, how long have you been in the United

3   States?

4   A.   I've been here for about a year and five months since

5   I've arrived, or maybe a little bit more.

6   Q.   Now, you said you were trained as a military Zeta; is

7   that correct?

8   A.   Well, I did go to the trainings, but I don't know if

9   you could call it military training because it was only for

10  about 15 days.  More than anything, it was shooting, just

11  like any other person, like the person who goes hunting to

12  kill deer.  I saw the training because we did like to go

13  watch it, but I wasn't a complete part of it.

14            MR. BELDEN:  I'll pass the witness, Your Honor.

15            THE COURT:  Thank you, Mr. Belden.

16            Anything further, Mr. Gonzalez?

17            MR. GONZALEZ:  Just a couple of questions, Your

18  Honor

19                    REDIRECT EXAMINATION

20  BY MR. GONZALEZ:

21  Q.   Sir, you kept saying *this person*, *this person*, *this

22  person*, when you were referring to the defendant, but you

23  know him by his alias as "El Vecino"; correct?

24  A.   Yes, that's true.

25  Q.   And the person that you know as El Vecino, can you tell

1  us what he's wearing?

2  A.    He's in stripes as a prisoner, the same as me.

3  Q.    What color are the stripes?

4  A.    Gray with white.

5          MR. GONZALEZ:  Your Honor, may the record reflect

6  that he's identified the defendant.

7          THE COURT:  The record will reflect hat Mr. Guizar

8  Valencia has identified the defendant.

9  BY MR. GONZALEZ:

10  Q.    And there was, lastly, something that you said you

11  wanted to tell me right before he cross-examination.  What

12  was it that you were wanting to tell me?

13  A.    The kilos that we got in Guatemala has two marks, two

14  stamps.  Miguel would personlize them as he chose.  Some

15  kilos had "200" on them.  And others had "XL."  The Roman

16  numerals meant 40.  In honor of Zeta 40, he numbered them

17  that way for him.

18  Q.    Okay.

19  A    That was the line that the Zetas were running.

20          MR. GONZALEZ:  Okay, thank you.

21          THE COURT:  All right.  We're going to go ahead and

22  excuse Mr. Valencia at this time.

23

24

25

8            THE COURT SECURITY OFFICER:  All rise.

9            (Recess taken.)

10           THE COURT:  You can be seated

11           All right.  So we brought Mr. Guizar Valencia back

12   to the stand.  And, Mr. Guizar Valencia, you remain under

13   oath.

14           Mr. Belden, you have a few more questions to ask

15   Mr. Valencia, and you  an proceed.

16           MR  BELDEN:  Yes, Your Honor.  Thank you.

17              JOSE MARIA GUIZAR VALENCIA,

18        recalled as a witness, was previously sworn.

19                  RECROSS-EXAMINATION

20   BY MR. BELDEN:

21   Q.    Mr. Valencia, have you ever been convicted of a felony?

22   A.    No.

23   Q.    In any country?

24   A.    No.

25   Q.    What about theft or similar crime?

1   A.    No -- yes, I mean.  I'm sorry.  Yes, I do have a

2   sentence in Mexico.

3   Q.    Okay.  And what was that sentence?

4   A.    For a gun.

5   Q.    When were you found with a gun in Mexico?

6   A.    Well, the Marines planted it on me when they ca tured

7   me.  It wasn't mine.

8   Q.    Okay.  And what year was that?

9   A.    In 2018.

10  Q.    Okay.  Was that when you were originally arrested in

11  this case?

12  A.    Yes, that's true.

13  Q.    Okay.  And one las  question.  Mr. -- or El Vecino, as

14  you know him, doesn't have a Z or a Z number; is that

15  correct?

16  A.    That I know of  no.

17          MR. BE DEN:  Okay.  No further questions, Your

18  Honor

19          THE COURT:  Thank you, Mr. Belden.

20          And I assume nothing further from the government.

21          MR. GONZALEZ:  No, Your Honor.

22          THE COURT:  All right.  Mr. Valencia, you are

23  excused.

24

25

```
 1              CERTIFICATE OF OFFICIAL REPORTER

 2

 3         I, Gayle Wear, Federal Official Court Reporter, in

 4    and for the United States District Court for the Eastern

 5    District of Texas, do hereby certify that pursuant to Section

 6    753, Title 28 United States Code, that the foregoing is a

 7    true and correct transcript of the stenographically reported

 8    proceedings held in the above-entitled matter and that the

 9    transcript page format is in conforman e with the regulations

10    of the Judicial Conference of the United States.

11

12              Dated 12th day  f August 2021.

13

14

15              /s/ Gayle Wear_____
                GAYLE WEAR, RPR, CRR
16              FEDERAL OFFICIAL COURT REPORTER

17

18

19

20

21

22

23

24

25
```