# **EXHIBIT G**

#28



PROTECTED MATERIAL

EMR00000231