# **EXHIBIT W**

**REPÚBLICA ORIENTAL DEL URUGUAY**
**PODER JUDICIAL**

Juzgado Letrado Penal Especializado
en Crimen Org. 1° T
Bartolomé Mitre 1275 2° Piso - Montevideo
Tel. 1907 Int. 8406

**OFICIO**

Montevideo, 18 de Febrero de 2020

Oficio N° 82/2020

**AUTORIDADES DE LA EMBAJADA DE ESTADOS UNIDOS DE AMÉRICA EN URUGUAY**

LA SRA. JUEZA ADRIANA CHAMSARIÁN CANO, del Juzgado Letrado de Primera Instancia en lo Penal Especializado en Crimen Organizado de Primer Turno de la ciudad de Montevideo, República Oriental del Uruguay, a las autoridades de la Embajada de Estados Unidos de América en Uruguay.

**SALUDA, EXHORTA Y HACE SABER:**

Que en los autos caratulados "GONZÁLEZ VALENCIA, GERARDO -EXTRADICION-", Identificación Única de Expediente 474-76/2016, resolvió por Sentencia N° 13 de fecha 28 de agosto de 2017 (de la cual se adjunta testimonio), confirmada por el Tribunal de Apelaciones en lo Penal de Cuarto Turno y por la Suprema Corte de Justicia, **CONCEDER LA EXTRADICIÓN de GERARDO GONZÁLEZ VALENCIA** norteamericano, pasaporte N° G08747371, nacido el 11 de mayo de 1977, a **vuestro país, BAJO LAS SIGUIENTES CONDICIONES:**

1) Se difiere la entrega hasta que el Sr. González Valencia obtenga su excarcelación provisional o libertad definitiva en la causa que se le sigue en Uruguay ante esta Sede (IUE 2-37467/2016). Se hace saber que al requerido se le concedió la excarcelación provisional el día 27 de junio de 2018, y actualmente cumple arresto administrativo por la presente causa de extradición;

2) Se condiciona la extradición concedida a que las autoridades de vuestro Estado aseguren que no se juzgará ni condenará al requerido por delitos distintos a los que se refiere la solicitud de extradición, a excepción de los supuestos consagrados en los numerales 1 y 2 del artículo 13 del Tratado de Extradición entre los Estados Unidos y Uruguay.

00053873

3) Se condiciona la extradición concedida a que vuestras autoridades otorguen garantías consideradassuficientes por las autoridades nacionales intervinientes en este proceso, que en caso que Gerardo González Valencia resulte condenado en el proceso penal que se le pretende iniciar en vuestro país, no se le impondrá pena de muerte ni pena de prisión perpetua.

**Las autoridades competentes del Estado requirente deberán expresar si aceptan las condiciones dispuestas en los numerales anteriores, dentro del plazo de <u>cuarenta días a partir de la notificación del presente fallo</u>.**

Saluda a Usted con la más alta consideración.

DADO, FIRMADO Y SELLADO EN LA SALA DE SU DESPACHO SITO EN LA CALLE BARTOLOME MITRE N° 1275, SEGUNDO PISO, DE LA CIUDAD DE MONTEVIDEO, REPÚBLICA ORIENTAL DEL URUGUAY, A LOS DIECIOCHO DÍAS DEL MES DE FEBRERO DEL AÑO DOS MIL VEINTE.

00053874

[hw:] *795*
[stamp:] MICHAEL PALACIOS Assistant II Department of Correspondence [illegible] Court of Justice [signature]
[hw:] *8 30*
[stamp:] FEB. 19 2020



**ORIENTAL REPUBLIC OF URUGUAY JUDICIAL BRANCH**

Criminal Court Specializing in Organized Crime 1ST

Bartolomé Mitre 1275 2° Piso - Montevideo

Tel. 1907 Int. 8406

# OFFICIAL LETTER

Montevideo, February 18, 2020

Official Letter No. 82/2020

**AUTHORITIES OF THE EMBASSY OF THE UNITED STATES OF AMERICA IN URUGUAY**

ATTN.: JUDGE ADRIANA CHAMSARIÁN CANO, of the Criminal Court of First Instance Specializing in Organized Crime in the city of Montevideo, Oriental Republic of Uruguay, to the authorities of the Embassy of the United States of America in Uruguay.

GREETS, URGES AND INFORMS YOU:

That in the proceedings entitled "GONZALEZ VALENCIA, GERARDO -EXTRADITION-", Unique File Identification 474-76/2016, it was resolved by Judgment No. 13 dated August 28, 2017 (a certified copy of which is attached), confirmed by the Fourth Panel of the Criminal Court of Appeal and by the Supreme Court of Justice, **to GRANT THE EXTRADITION of GERARDO GONZÁLEZ VALENCIA,** United States citizen, passport No. GO8 747371, born on May 11, 1977, **to your country, UNDER THE FOLLOWING CONDITIONS:**

1) The hand-over is deferred until Mr. González Valencia obtains his provisional release or definitive freedom in the case underway in Uruguay before this Court (IUE 2-37467/2016). It is hereby stated that the defendant was granted provisional release on June 27, 2018, and is currently under administrative arrest for this extradition case.

2) The extradition granted is conditioned on the authorities of your country ensuring that the party subject to the extradition request will not be judged or convicted for offenses other than those referred to in the extradition request, with the exception of the cases enshrined in sections 1 and 2 of Article 13 of the Extradition Treaty between the United States and Uruguay.

00053873

3) The extradition granted is conditioned upon your authorities granting guarantees considered sufficient by the national authorities involved in this proceeding that, in the event that Gerardo González Valencia is convicted in the criminal proceeding that is intended to be initiated in your country, he will not receive the death penalty or a sentence of life imprisonment.

**The competent authorities of the requesting country shall state whether they accept the conditions set forth in the previous sections within <u>forty days from the notification of this ruling.</u>**

Please accept my most esteemed regards.

GIVEN, SIGNED AND SEALED IN THE CHAMBER OF HER OFFICE LOCATED AT CALLE BARTOLOME MITRE NO. 1275, SECOND FLOOR, OF THE CITY OF MONTEVIDEO, ORIENTAL REPUBLIC OF URUGUAY, ON THE EIGHTEENTH DAY OF THE MONTH OF FEBRUARY OF THE YEAR TWO THOUSAND TWENTY.

Protected Material



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**00053873-00053874**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Dan McCourt

Sworn to before me this
June 29, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE